IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.; CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS; VERIZON SERVICES CORP.; VERIZON ENTERPRISE SOLUTIONS, LLC; VERIZON BUSINESS GLOBAL LLC; VERIZON BUSINESS NETWORK SERVICES, LLC; VERIZON CORPORATE SERVICES GROUP INC.; VERIZON DATA SERVICES, LLC; VERIZON MEDIA INC.; and VERIZON ONLINE, LLC,<br><br>Defendants. | Case No. 2:20-CV-280<br><br>Jury Trial Requested |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Verizon Communications Inc.; Cellco Partnership D/B/A Verizon Wireless; Verizon Services Corp.; Verizon Enterprise Solutions LLC; Verizon Business Global LLC; Verizon Business Network Service LLC; Verizon Corporate Services Group Inc.; Verizon Data Services LLC; Verizon Media Inc.; and Verizon Online LLC (collectively, "Defendants") submit this notice of party with financial interest.

Cellco Partnership D/B/A Verizon Wireless; Verizon Services Corp; Verizon Business Global LLC; Verizon Media Inc.; and Verizon Business Network Services LLC are each, directly or indirectly, wholly-owned by Verizon Communications Inc.

Verizon Communications Inc. is a publicly held company. No publicly held corporation owns 10% or more of the stock of Verizon Communications Inc.

Verizon Corporate Services Group Inc.; Verizon Data Services LLC; and Verizon Online LLC are each, directly or indirectly, wholly-owned by GTE Corporation.  Verizon Communications Inc. owns 10% or more of the stock of GTE Corportation.

Verizon Enterprise Solutions LLC is no longer an active company.

Dated:  November 5, 2020             /s/ Deron R. Dacus

       Deron R Dacus
       State Bar No.  00790553
       The Dacus Firm, PC
       821 ESE Loop 323
       Suite 430
       Tyler, TX 75701
       903/705-1117
       Fax: 903/581-2543
       Email: ddacus@dacusfirm.com

Kevin P. Anderson
KPAnderson@duanemorris.com
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620
*Attorneys for Defendants VERIZON COMMUNICATIONS INC.; CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS; VERIZON SERVICES CORP.; VERIZON ENTERPRISE SOLUTIONS, LLC; VERIZON BUSINESS GLOBAL LLC; VERIZON BUSINESS NETWORK SERVICES, LLC; VERIZON CORPORATE SERVICES GROUP INC.; VERIZON DATA SERVICES, LLC; VERIZON MEDIA INC.; and VERIZON ONLINE LLC,*

CERTIFICATE OF SERVICE

      The undersigned certifies that on this 5th day of November, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

                                            */s/ Deron R. Dacus*
                                            Deron R. Dacus