UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS INC., et al,<br><br>    Defendants. | **Case No. 2:20-CV-280-JRG**<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable Rodney Gilstrap |

**P.R. 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

1

Plaintiff KAIFI LLC ("KAIFI") and Defendants Verizon Communications Inc.; Cellco Partnership D/B/A Verizon Wireless; Verizon Services Corp.; Verizon Enterprise Solutions LLC; Verizon Business Global LLC; Verizon Business Network Service LLC; Verizon Corporate Services Group Inc.; Verizon Data Services LLC; Verizon Media Inc.; and Verizon Online LLC. (collectively, "Verizon" or "Defendants") hereby submit their Joint Claim Construction and Prehearing Statement regarding U.S. Patent No. 6,922,728 ("728 Patent").

1. **P.R. 4-3(a)(1) – Agreed Upon Constructions**

The parties agree on the following construction of claim terms, phrases or clauses:

| Claim Term, Phrase or Clause | Parties' Agreed Upon Construction |
|---|---|
| "outdoor wireless internet network" (all asserted claims) | "a wireless network that provides a different network path to internet connectivity than the indoor network" |
| "location register" (all asserted claims) | "register that records the location of the data communication terminal" |
| "indoor system ID information" (all asserted claims) | "information uniquely identifying the indoor network" |
| "location information" (all asserted claims) | "information on a locational area or indoor system ID information or both" |
| "provides roaming of the voice/data signals provided to the user" (claim 1) | "provides switching the network path of the voice/data communications automatically and without interruption" |

In addition, pursuant to the The Joint Motion To Consolidate Claim Construction Hearings And To Amend DCO For Claim Construction Briefing filed by the parties on May 6, 2021 (Dkt. 52), the parties agree that for the seven terms currently disputed in *KAIFI LLC v. T-Mobile US, Inc.*, Case No. 2:20-CV-281-JRG ("T-Mobile Action") the claim constructions issued by the Court in the T-Mobile Action will be applicable in *KAIFI LLC v. Verizon Communications Inc. et al.*, Case No. 2:20-CV-00280-JRG ("Verizon Action").

**2.      P.R. 4-3(a)(2) – Each Party's Proposed Constructions**

The parties attach a chart hereto as Appendix 1, which shows each party's proposed construction of each disputed claim term, phrase, or clause, together with an identification of all references from the specification or prosecution history that support that construction, and an identification of any extrinsic evidence known to the party on which it intends to rely either to support its proposed construction or to oppose any other party's proposed construction, including but not limited to, as permitted by law, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses.

**3.      P.R. 4-3(a)(3) – Anticipated Time for Hearing**

The parties anticipate a combined total of 3.5 hours for presentation at the hearing.

**4.      P.R. 4-3(a)(4) – Witness Testimony at Hearing**

The parties do not anticipate calling any witnesses at the hearing.

**5.      P.R. 4-3(a)(5) – Other Issues for a Prehearing Conference**

The parties are unaware of any issues that would be appropriate for a prehearing conference.

Date:  May 10, 2021                                              Respectfully submitted,

                                                                                 */s/ Robert Christopher Bunt*
                                                                                 Robert Christopher Bunt

                                                                                 Enoch H. Liang
                                                                                 Cal. Bar No. 212324 (admitted in E.D. Texas)
                                                                                 Michael J. Song
                                                                                 Cal. Bar No. 243675 (admitted in E.D. Texas)
                                                                                 **LTL ATTORNEYS LLP**
                                                                                 300 S. Grand Ave., 14th Fl.
                                                                                 Los Angeles, California 90071
                                                                                 Telephone: (213) 612-8900
                                                                                 Facsimile: (213) 612-3773
                                                                                 Email: enoch.liang@ltlattorneys.com

Email: michael.song@ltlattorneys.com

Jason Sheasby
Cal. Bar No. 205455 (admitted PHV)
**IRELL & MANELLA, LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: jsheasby@irell.com

Robert Christopher Bunt
Texas Bar No. 00787165
**PARKER, BUNT & AINSWORTH PC**
100 E. Ferguson St., Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535
Email: rcbunt@pbatyler.com

*Attorneys for Plaintiff KAIFI LLC*

Respectfully submitted:

*/s/ Kevin P. Anderson*
Deron R Dacus
The Dacus Firm, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
903/705-1117
Fax: 903/581-2543
Email: ddacus@dacusfirm.com

**DUANE MORRIS LLP**

Kevin P. Anderson
KPAnderson@duanemorris.com
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620

Alice Snedeker
AESnedeker@duanemorris.com
Glenn D. Richeson
gdricheson@duanemorris.com

                    **DUANE MORRIS LLP**
                    1075 Peachtree Street, Suite 2000
                    Atlanta, Georgia  30309
                    Telephone:  (404) 253.6900
                    Facsimile:  (404) 253.6901

*Counsel for Defendants Verizon Communications Inc.; Cellco Partnership d/b/a Verizon Wireless; Verizon Services Corp.; Verizon Enterprise Solutions, LLC; Verizon Business Global, LLC; Verizon Business Network Services, LLC; Verizon Corporate Services Group Inc.; Verizon Data Services, LLC; Verizon Media Inc.; and Verizon Online, LLC*

## CERTIFICATE OF SERVICE

      I certify that the foregoing document was filed electronically on May 10, 2021 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

                    */s/ Robert Christopher Bunt*
                    Robert Christopher Bunt