**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| KAIFI LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:20-CV-00280-JRG |
| § | |
| CELLCO PARTNERSHIP D/B/A VERIZON § | |
| WIRELESS, VERIZON SERVICES CORP., § | |
| VERIZON ENTERPRISE SOLUTIONS, § | |
| LLC, VERIZON BUSINESS GLOBAL LLC, § | |
| VERIZON BUSINESS NETWORK § | |
| SERVICES, LLC, VERIZON CORPORATE § | |
| SERVICES GROUP INC, VERIZON DATA § | |
| SERVICES LLC, VERIZON MEDIA INC., § | |
| VERIZON ONLINE LLC, § | |
| § | |
| *Defendants*. § | |

# ORDER

Before the Court is Plaintiff KAIFI LLC ("KAIFI") and Defendants Verizon Communications Inc.; Cellco Partnership D/B/A Verizon Wireless; Verizon Services Corp.; Verizon Enterprise Solutions LLC; Verizon Business Global LLC; Verizon Business Network Service LLC; Verizon Corporate Services Group Inc.; Verizon Data Services LLC; Verizon Media Inc.; and Verizon Online LLC's (collectively, "Verizon") Joint Motion to Consolidate Claim Construction Hearings and to Amend DCO for Claim Construction Briefing (Dkt. No. 52) (the "Motion"). In the Motion, the parties request their claim construction hearing be consolidated with the hearing in *KAIFI LLC v. T-Mobile US, Inc.*, Case No. 2:20-cv-00281 (the "*T-Mobile* Case"), set to take place before the Honorable Roy S. Payne on June 3, 2021. The parties agree that consolidation will enhance efficiency, avoid duplicative efforts, and conserve judicial resources, because the plaintiff is the same in both actions and there are only two additional issues

in the above-captioned case that will not already be addressed in the hearing for *T-Mobile* Case. Regarding those two additional issues, the parties request the Court amend the Docket Control Order (Dkt. No. 43) to adopt an accelerated briefing schedule. The parties further represent that the defendants in the *T-Mobile* Case support this consolidation.

Having consider the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the above-captioned case is **consolidated** with Case No. 2:20-cv-00281 and **referred** to the Honorable Roy S. Payne for the limited and sole purpose of conducting the Claim Construction hearing on June 3, 2021, issuing a resulting Claim Construction Opinion, and taking such other related steps as are deemed necessary by Judge Payne to facilitate and expedite the Claim Construction process. It is further **ORDERED** that the Docket Control Order in the above-captioned case (Dkt. No. 43) is **amended** as follows:

| **Current Deadline** | **Amended Deadline** | **Amended Event** |
|---|---|---|
| June 30, 2021 | **May 12, 2021** | Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any). **KAIFI to file opening claim construction brief of no greater than 12 pages.** Good cause must be shown to submit technical tutorials after the deadline to comply with P.R. 4-5(a). |
| July 14, 2021 | **May 19, 2021** | Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) **Verizon to file responsive claim construction brief no greater than 12 pages.** |
| July 21, 2021 | **May 26, 2021** | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) **KAIFI to file reply claim construction brief no greater than 5 pages.** |

| July 28, 2021 | **May 31, 2021** | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
|---|---|---|
| August 11, 2021 | **June 3, 2021** | *Claim Construction Hearing - 9:00 a.m. in Marshall, Texas before **Judge Roy S. Payne** |

**So ORDERED and SIGNED this 11th day of May, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE