# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>VERIZON COMMUNICATIONS INC., et al,<br><br>  Defendants. | **Case No. 2:20-CV-280-JRG**<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable Rodney Gilstrap |

# DECLARATION OF MATTHEW J. HAWKINSON IN SUPPORT OF OPENING CLAIM CONSTRUCTION BRIEF BY KAIFI LLC (VERIZON)

I, Matthew J. Hawkinson, declare as follows:

1. I am an attorney at the firm of Hawkinson Yang LLP, and counsel of record for Plaintiff KAIFI LLC ("KAIFI"). I submit this declaration based on my personal knowledge in support of the Opening Claim Construction Brief by KAIFI. If called to testify under oath in court, I could and would testify competently to the facts stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 6,922,728 ("'728 Patent") bearing the Bates numbers KAIFI_0007165 – KAIFI_007181.

3. Attached hereto as Exhibit B is a true and correct copy of highlighted excerpts from the transcript of the deposition of T-Mobile's expert witness, Peter Rysavy, on March 31, 2021.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from INTERNET ENGINEERING TASK FORCE, RFC 2002 (Oct. 1996), https://datatracker.ietf.org/doc/rfc2002.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of May, 2021 at Los Angeles, California.

_____
Matthew J. Hawkinson

1