# HAWKINSON
# EXHIBIT B

```
 1            IN THE UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF TEXAS
 3                       MARSHALL DIVISION
 4
 5   KAIFI LLC,                        ) No. 2:20-CV-281-JRG
 6              Plaintiff,     )
 7         v.                          )
 8   T-MOBILE US, INC. and             )
 9   T-MOBILE USA, INC.,               )
10              Defendants.    )
11
12                  DEPOSITION OF PETER RYSAVY
13                       March 31, 2021
14                         Wednesday
15                         8:30 A.M.
16
17         THE VIDEOTAPED DEPOSITION OF PETER RYSAVY
18   was taken by remote videoconferencing set up by
19   Schmitt Reporting - Veritext Portland, 400 NW
20   Columbia Street, Suite 140, Vancouver, Washington,
21   before Sara Fahey Wilson, CSR, Certified Shorthand
22   Reporter in and for the State of Oregon.
23
24
25
                                                  Page 1
```

## Page 2

```
 1              APPEARANCES
 2   (All counsel appearing by remote videoconference)
 3
 4   For the Plaintiff:
 5      IRELL & MANELLA
 6      1800 Avenue of the Stars, Suite 900
 7      Los Angeles, California 90067-4276
 8      310-277-1010
 9      BY:  MR. JASON G. SHEASBY
10      jsheasby@irell.com
11
12   For the Defendants:
13      GIBSON DUNN
14      2001 Ross Avenue, Suite 2100
15      Dallas, Texas 75201
16      214-698-3423
17      BY:  MR. NATHAN R. CURTIS
18      ncurtis@gibsondunn.com
19
20   Videographed By:
21      MR. TIM GARRETT
22
23   Zoom Monitor:
24      MR. RICARDO YI - VERITEXT
25
```

## Page 3

```
 1                INDEX
 2
 3   WITNESS.........................PAGE
 4   PETER RYSAVY
 5      BY MR. SHEASBY                        4
 6
 7   EXHIBITS........................PAGE
 8   Exhibit 1    Exhibit 1 to the Declaration    12
 9                of Peter Rysavy - 728 Patent
10   Exhibit 2    Distributed Router             22
11                Architecture for
12                Packet-Routed Optical
13                Networks
14   Exhibit 3    Different Types of Wired       30
15                Internet Connections
16   Exhibit 5    Router Definition              32
17   Exhibit 6    P.R. 4-3(B) Disclosure of      57
18                Potential Testimony From
19                Thomas L. Blackburn
20   Exhibit 8    RFC 2002                       46
21
22   MARKED TEXT.............................PAGE/LINE
23   None.
24
25
```

## Page 4

```
 1           THE VIDEOGRAPHER:  Good morning.     08:27
 2   We're now on the record.  Today's date is March   08:27
 3   31st, 2021, and the time is 8:29 a.m.           08:27
 4           This is the unit -- media unit one of   08:27
 5   the video recorded deposition of Peter Rysavy being   08:27
 6   taken in the matter of Kaifi LLC versus T-Mobile   08:27
 7   U.S., Inc.                                     08:27
 8           The court reporter is Sara Wilson, who   08:27
 9   will now swear or affirm the witness.          08:28
10                                                 08:28
11              PETER RYSAVY,                      08:26
12   having been first duly sworn to testify the truth,   08:25
13   the whole truth, and nothing but the truth, was   08:23
14           examined and testified as follows:    08:22
15                                                 08:20
16              EXAMINATION                        08:18
17   BY MR. SHEASBY:                                08:28
18   Q.   Good morning, sir.  Can you state your    08:28
19   name for the record.                          08:28
20   A.   Peter Rysavy.                            08:28
21   Q.   You've been retained as an expert by     08:28
22   T-Mobile.  Is that correct?                   08:28
23   A.   That's correct.                          08:28
24   Q.   You submitted an expert declaration in   08:28
25   this case.  Is that correct?                  08:28
```

## Page 5

```
 1   A.   Yes, I did.                              08:28
 2   Q.   Did you write the expert declaration     08:28
 3   yourself?                                     08:28
 4   A.   I wrote it in conjunction with the       08:28
 5   attorney I worked with at Gibson Dunn.        08:28
 6   Q.   You collaborated with the attorney at    08:28
 7   Gibson Dunn?                                  08:28
 8   A.   Yes.                                     08:28
 9   Q.   Did you have an opportunity to read the  08:28
10   declaration of Mr. Blackburn?                 08:28
11   A.   Yes, I did read Mr. Blackburn's          08:29
12   declaration.                                  08:29
13   Q.   Are you prepared to talk about it and    08:29
14   discuss with what you agree and disagree with in   08:29
15   Mr. Blackburn's declaration today?            08:29
16   A.   I can comment on some items with respect   08:29
17   to his declaration.                           08:29
18   Q.   Okay.                                    08:29
19        Do you know what a femtocell and a       08:29
20   nanocell are?                                 08:29
21   A.   I have heard the terms before, but it    08:29
22   depends on the context.                       08:29
23   Q.   In the context of cellular networks, have   08:29
24   you heard of femtocells?                      08:29
25   A.   In the context of cellular networks, I   08:29
```

**Page 14**

1  network to be connected to the internet.    08:43
2      Q.  802.11 networks are connected to the    08:43
3  internet.  Correct?    08:43
4      A.  No.  That is just one implementation of an    08:43
5  802.11 network.  An 802.11 network can be connected    08:43
6  to the internet, but an 802.11 network can also    08:43
7  operate in isolation.    08:43
8      Q.  When a cellular network is in operation,    08:43
9  there are going to be instances in which individual    08:44
10 packets are dropped.  Correct?    08:44
11     A.  When -- okay, let me understand the    08:44
12 question.    08:44
13         You said that when a cellular network is    08:44
14 connected to the internet that packets can be    08:44
15 dropped?    08:44
16     Q.  Yes.    08:44
17     A.  There's nothing inherent about connecting    08:44
18 to the internet that results in packets being    08:44
19 dropped.  Packets being dropped is just a by-product    08:44
20 of any communication system that occasionally,    08:44
21 depending on the technology and the environment, can    08:44
22 have errors that can ultimately result in packets    08:44
23 being dropped.    08:45
24     Q.  Let me ask it this way:  When packets are    08:45
25 dropped, the user will always perceive an    08:45

**Page 15**

1  interruption in the communication whether it's data    08:45
2  or voice.  Correct?    08:45
3      A.  I disagree.    08:45
4      Q.  Sir, in order to have seamless and    08:45
5  without-interruption communication, you must ensure    08:45
6  that all packets are delivered.  No packets can be    08:45
7  dropped.  Correct?    08:45
8      A.  That's not really the case because    08:45
9  communication systems have various forms of error    08:45
10 control and redundancy built into them, as well as    08:45
11 techniques such as buffering.  So if packets had    08:46
12 dropped, that can result in some kind of    08:46
13 interruption, but not necessarily.    08:46
14     Q.  Sir, it's the case that if packets are    08:46
15 dropped, you're not communicating seamlessly and    08:46
16 without interruption.  Correct?    08:46
17     A.  Again, that's not necessarily the case.    08:46
18     Q.  Let me ask you the next question, which is    08:46
19 routers can exist on specialized pieces of    08:46
20 equipment.  Correct?    08:46
21     A.  I'm not sure what you mean by "specialized    08:46
22 pieces of equipment," but routers can be implemented    08:46
23 in different physical configurations.    08:46
24     Q.  Routers can be implemented and distributed    08:46
25 in physical configurations.  Correct?    08:46

**Page 16**

1      A.  I would need to know what you mean by    08:47
2  "distributed."    08:47
3      Q.  A routing function for a network can be    08:47
4  distributed across multiple physical devices?    08:47
5      A.  I haven't seen that type of implementation    08:47
6  of a router.    08:47
7      Q.  Did you investigate in preparation for    08:47
8  your expert declaration whether routers can be    08:47
9  implemented across multiple physical devices?    08:47
10     A.  As part of my preparation for this    08:47
11 deposition, I did not investigate whether routers    08:47
12 can be distributed.    08:48
13     Q.  Can routing functions be performed by a    08:48
14 general purpose computer?    08:48
15     A.  It would depend on whether the -- what    08:48
16 exact routing functions you're implementing and the    08:48
17 capabilities of that general purpose computer as    08:48
18 well as its physical connections to different types    08:48
19 of networks.    08:48
20     Q.  Sir, a general purpose computer cannot    08:48
21 perform a routing function.  Correct?    08:49
22     A.  Whether a computer can perform routing    08:49
23 functions depends on the capabilities of that    08:49
24 specific computer.    08:49
25     Q.  Sir, a general purpose computer can't    08:49

**Page 17**

1  perform routing functions.  Correct?    08:49
2      A.  As I said, whether a route -- sorry.  Let    08:49
3  me repeat -- or start again.    08:49
4         Whether a general purpose computer can    08:49
5  perform routing functions depends on the    08:49
6  capabilities of that computer.    08:49
7      Q.  Sir, if it's a general purpose computer,    08:49
8  that means it can't perform routing functions?    08:49
9      A.  As I said, whether or not a general    08:49
10 purpose computer can perform routing functions    08:49
11 depends on the capabilities of that computer.    08:49
12     Q.  Let's go to Exhibit 1 again, which is the    08:50
13 patent.  Tell me when you're there.    08:50
14     A.  Yes.    08:50
15     Q.  The last element says (reading):  A    08:50
16 router that determines a location, data    08:50
17 communication terminal.    08:50
18        Do you see that, sir?    08:50
19     A.  I do.    08:50
20     Q.  That excludes the use of a general purpose    08:50
21 computer for a router.  Correct?    08:50
22     A.  As I said, whether or not a general    08:50
23 purpose computer can be a router depends on the    08:51
24 capabilities of that computer.    08:51
25     Q.  Are there instances in which a general    08:51

Veritext Legal Solutions
866 299-5127

```
 1   Q.   What is location information?              09:06
 2   A.   Well, location information is an           09:06
 3  agreed-upon construction.  And referring to, if I 09:07
 4  may, the Joint Claim Construction and Pre-Hearing 09:07
 5  Statement, it's information on a locational area, or 09:07
 6  indoor system ID information, or both.           09:07
 7   Q.   In the patent, the location register would 09:07
 8  only store indoor location information or outdoor 09:07
 9  location information.  It won't store both at the 09:07
10  same time.  Correct?                             09:08
11   A.   I don't believe the patent states that.    09:08
12  It doesn't -- the patent does not preclude storing 09:08
13  both.                                            09:08
14   Q.   Okay.                                      09:08
15       Let me ask you the next question, which is  09:08
16  that when the -- when the indoor gateway -- let me 09:08
17  ask it this way.                                 09:08
18       For 802.11 networks that are connected to   09:08
19  the internet, that connection is going to be     09:08
20  through -- that gateway is going to be connected to 09:08
21  the internet through a wire, correct, at some point? 09:09
22       MR. CURTIS:  Objection, form.               09:09
23   A.   An 802.11 network or Wi-Fi network can be  09:09
24  connected to the internet, and there could be a wire 09:09
25  such as a cable -- coax cable, for example, yeah. 09:09
                                                    Page 26
```

```
 1  BY MR. SHEASBY:                                  09:09
 2   Q.   Yeah.  I guess I'm asking a slightly       09:09
 3  different question.  In the situation when the   09:09
 4  802.11, the Wi-Fi gateway, is connected -- is    09:09
 5  connected to the internet, is there any instances in 09:09
 6  which there is not going to be a wire ultimately 09:09
 7  connecting it?                                   09:09
 8       MR. CURTIS:  Objection, form.  Outside      09:09
 9  the scope.                                       09:09
10   A.   It's not anything I cover in my            09:09
11  declaration but that Wi-Fi network can be connected 09:10
12  via a wire, but a wire is not necessary nowadays. 09:10
13  Increasingly, that connection to the internet is 09:10
14  done over a wireless connection.                 09:10
15  BY MR. SHEASBY:                                  09:10
16   Q.   A wireless connection to what?             09:10
17   A.   It could be a wireless connection from a   09:10
18  home to a cell tower, for example, or to some other 09:10
19  radio connection provided by an internet service 09:10
20  provider.                                        09:10
21   Q.   But at some level, even if you went        09:10
22  through that cell tower, at some point there's a 09:11
23  physical wire in that system connecting to the   09:11
24  internet.  Correct?                              09:11
25       MR. CURTIS:  Same objections.               09:11
                                                    Page 27
```

```
 1   A.   In the scenario I described, that cell     09:11
 2  tower could have a fiber-optic connection to the 09:11
 3  internet server -- service provider's core network, 09:11
 4  which would then have a connection to the internet. 09:11
 5  BY MR. SHEASBY:                                  09:11
 6   Q.   Are you aware of any service provider      09:11
 7  network that doesn't ultimately have a physical  09:11
 8  wired connection to the internet?                09:11
 9   A.   It depends exactly what you mean by        09:11
10  "wire."  If you mean it to include -- and I think 09:11
11  meant -- previously you mentioned fiber-optic    09:11
12  cables -- then, yes, there will be some physical 09:11
13  connection at some point to a network that can be 09:11
14  considered the internet.                         09:12
15   Q.   Okay.                                      09:12
16       Let me ask you this question, which is      09:12
17  that is a common understanding of the word "wire" at 09:12
18  the time of the patent -- would it include coaxial 09:12
19  cable?  Fiber-optic?                             09:12
20       MR. CURTIS:  Objection.  Form.              09:12
21  Outside the scope.                               09:12
22   A.   At the time of the patent?  A person of    09:12
23  ordinary skill in the art wouldn't just use the word 09:12
24  "wire."  They would refer to the specific type of 09:12
25  connection, whether it's coax or fiber-optic     09:12
                                                    Page 28
```

```
 1  connection.  And most -- I would say that a person 09:12
 2  of ordinary skill in the art would find the term 09:12
 3  "wire" to be vague.                              09:12
 4  BY MR. SHEASBY:                                  09:12
 5   Q.   The term "wire" is generic.  Is that       09:12
 6  correct?                                         09:12
 7   A.   The term "wire" is both vague and generic. 09:12
 8   Q.   Copper -- copper cable as an example of a  09:13
 9  wire.  Correct?                                  09:13
10   A.   A wire connection can use copper.          09:13
11   Q.   Wire connection can also use coaxial       09:13
12  cable.  Correct?                                 09:13
13   A.   A coaxial cable could be considered to be  09:13
14  a wired connection.                              09:13
15   Q.   And a fiber-optic or optical cable could   09:13
16  also be considered a wired connection.  Correct? 09:13
17   A.   In a more loose interpretation of the word 09:13
18  "wired connection," a fiber-optic cable could be 09:13
19  considered a wired connection, but I think some  09:13
20  people would object to that interpretation.      09:13
21   Q.   A person of ordinary skill in the art --   09:13
22  well --                                          09:14
23       (Pause.)                                    09:15
24       You read Claim 12 of the patent.  Correct?  09:15
25   A.   Yes, I did.                                09:16
                                                    Page 29
```

8 (Pages 26 - 29)

```
 1   Q.  You were not able to understand Claim 12.    09:16
 2  Correct?                                          09:16
 3   A.  I never said that I didn't understand        09:16
 4  Claim 12.                                         09:16
 5   Q.  Sir, as a factual matter, as a person of     09:16
 6  ordinary skill in the art, you're not able to     09:16
 7  understand what Claim 12 is claiming.  Correct?   09:16
 8   A.  I don't believe that is a correct            09:16
 9  statement.                                        09:16
10         (Deposition Exhibit Number 3              09:15
11         marked for identification.)               09:13
12  BY MR. SHEASBY:                                   09:17
13   Q.  Why don't you go ahead and look at Exhibit   09:17
14  3.                                                09:17
15   A.  Did you want me to read the article?        09:17
16   Q.  Yes.                                         09:18
17         (Pause.)                                  09:18
18         Just to give you a heads up, the question 09:18
19  I'm asking is that after reviewing the article, it's 09:18
20  fair to say that folks consider coaxial cable,    09:18
21  fiber-optic cable, and traditional copper wire as 09:18
22  all options for wired connections to the internet? 09:18
23   A.  Well, according to this off -- author of    09:19
24  the article, he lists dial-up, cable internet, DSL, 09:19
25  and fiber-optic as different forms of wired internet 09:19
                                                     Page 30
```

```
 1  connections.                                      09:19
 2   Q.  So it would be fair to say that there are   09:19
 3  folks in this industry who treat fiber-optic,     09:19
 4  copper, and coaxial cable all as wired internet   09:19
 5  connections?                                      09:19
 6         MR. CURTIS:  Objection, form.             09:19
 7   A.  This particular author has fiber-optic      09:19
 8  connections in an article that discusses or is    09:19
 9  titled Different Types of Wired Internet          09:19
10  Connections.                                      09:19
11  BY MR. SHEASBY:                                   09:20
12   Q.  Do you have any factual basis to disagree   09:20
13  that persons in this industry consider coaxial,   09:20
14  copper, and fiber-optic as all examples of wired  09:20
15  connections?                                      09:20
16   A.  I do note that he has a sentence saying     09:20
17  (reading):  As we all know, light travels         09:20
18  much faster as compared to electrical             09:20
19  signals flowing across a wire.                    09:20
20         So that suggests that he draws some       09:20
21  distinction between fiber and wire.  Again, I would 09:20
22  repeat that "wire" is a vague term, and in        09:20
23  discussing an actual network, an engineer would  09:20
24  specify the type of connection and refer to that  09:20
25  kind of connection.                               09:20
                                                     Page 31
```

```
 1   Q.  If I said to you you can use any type of    09:20
 2  wire connection you want, what would you understand 09:21
 3  that to mean?                                     09:21
 4   A.  The term that I've used in my writing is    09:21
 5  "wire line" versus "wireless," so when I use the  09:21
 6  term "wire line," I do use that to refer to any   09:21
 7  connection that is not wireless.  So that would   09:21
 8  include copper, for instance, or a fiber-optic    09:21
 9  connection.                                       09:21
10   Q.  Okay.                                        09:21
11         Let me ask you the next question, which   09:21
12  is, is it possible to implement a server using    09:21
13  software alone on a general purpose computer?     09:21
14   A.  Can you repeat the question, please?        09:21
15   Q.  Sure.  One second.                           09:21
16         (Pause.)                                  09:22
17         I'm marking a new exhibit.  I'll tell you 09:22
18  -- let me know when you get it.  Okay?  It should be 09:24
19  there for you.                                    09:24
20   A.  The folder shows five exhibits.             09:24
21         (Deposition Exhibit Number 5              09:23
22         marked for identification.)               09:21
23  BY MR. SHEASBY:                                   09:24
24   Q.  Yeah.  So it's Exhibit Number 5.  You       09:24
25  probably want to download it because it's -- let me 09:24
                                                     Page 32
```

```
 1  know when you have it.                            09:25
 2   A.  I have it.                                   09:25
 3   Q.  If you scroll down, it talks about using    09:25
 4  Windows PC as a router?                           09:26
 5   A.  Okay.  I see that.                           09:26
 6   Q.  Do you disagree that a general purpose     09:26
 7  computer can be used as a router when provisioned 09:26
 8  with appropriate software.  Correct?              09:26
 9   A.  What I said was that a general purpose      09:26
10  computer can be a router depending on the         09:26
11  capabilities it has.                              09:26
12   Q.  Sir, if you go to the patent, you will see 09:26
13  it says a location register -- this is Claim 1 -- 09:27
14  that stores information on the data communication 09:27
15  terminal received through the indoor network or   09:27
16  outdoor wireless network.                         09:27
17         Do you see that, sir?                     09:27
18   A.  I do.                                        09:27
19   Q.  The location register must be part of the  09:27
20  router.  Correct?                                 09:27
21   A.  The figures show the location register     09:27
22  separate from routers.  For example, in Figure 1B, 09:27
23  the location register is item 80 and the router is 09:27
24  item 47.                                          09:27
25   Q.  Sir, the location register must be part of 09:28
                                                     Page 33
```

9 (Pages 30 - 33)

```
 1  the router.  Correct?                         09:28
 2     A.  As I said, the patent in these figures  09:28
 3  shows them as separate, and I would need to reread  09:28
 4  the patent to see all the specific functions that  09:28
 5  the patent recites for the router.             09:28
 6     Q.  Sitting here today, do you have -- are you  09:28
 7  taking the position that the location register must  09:28
 8  be separate from the router?                   09:28
 9     A.  I would need to reread the patent to   09:28
10  answer that question properly.                 09:29
11     Q.  Okay.                                   09:29
12         Well, I'm entitled to your best answer.  09:29
13  Is that an opinion you believe you're giving in this  09:29
14  case, that the location register must be separate  09:29
15  from the router?                               09:29
16         MR. CURTIS:  Objection, form.  Outside  09:29
17  the scope.                                     09:29
18     A.  I'm not offering an opinion on that    09:29
19  question, which I also find a little vague because  09:29
20  it depends on what you mean "outside."         09:29
21  BY MR. SHEASBY:                                09:29
22     Q.  Sure.                                   09:29
23         Was the location -- are you offering an  09:29
24  opinion that the location register either must be or  09:29
25  cannot be in the same physical box as the router?  09:29
                                              Page 34
```

```
 1     A.  As I said, I'm -- without reading the  09:29
 2  patent specifically with that question in mind, I  09:29
 3  can't offer an opinion on that question.       09:30
 4     Q.  But are you offering that opinion?      09:30
 5     A.  I'm not offering any opinion as to the  09:30
 6  implementation of the location register and router  09:30
 7  functions.                                     09:30
 8     Q.  The location register must be a single  09:30
 9  physical location.  Correct?                   09:30
10     A.  I provided opinions on that in my      09:30
11  declaration, and I can refer to those if you wish.  09:30
12     Q.  I just -- you can refer to whatever you  09:30
13  want, but I'm just asking you a more basic question.  09:30
14  Must the location register be a single physical  09:30
15  location -- single physical location, or single  09:30
16  physical box?                                  09:31
17     A.  Well, as I said in my declaration, the  09:31
18  location register is implemented within a discrete  09:31
19  node as shown in the figures of the patent.    09:31
20     Q.  Is there anything in the patent that   09:31
21  expressly and unambiguously states that the location  09:31
22  register must be in a single physical location?  09:31
23     A.  The patent read as a whole describes the  09:31
24  location register as being a node that performs a  09:31
25  specific function.  And as I said in my declaration,  09:32
                                              Page 35
```

```
 1  that function needs to be known at a -- or that  09:32
 2  function needs to be in a known networking location  09:32
 3  so that queries can be made to it.             09:32
 4     Q.  So there must be a function that's called  09:32
 5  a location register.  Correct?                 09:32
 6     A.  Well, the location register performs   09:32
 7  specific functions.                            09:32
 8     Q.  And you believe that physical 1A -- Figure  09:32
 9  1A is describing discrete physical objects, not  09:32
10  functions.  Correct?                           09:33
11     A.  I think you'd have to look at the specific  09:33
12  items in the figure and refer to the specification  09:33
13  to determine what combination of function and  09:33
14  physical item those represent.                 09:33
15     Q.  So in Figure A [sic], which one of these  09:33
16  boxes are depicting functions and which of them are  09:33
17  depicting single, unique physical objects?     09:33
18     A.  Again, that would require an analysis and  09:33
19  careful review of the specification.           09:34
20     Q.  That's why -- have you rendered an opinion  09:34
21  as to what in Figure 1A has to be a function versus  09:34
22  what in Figure 1A has to be a single, unique  09:34
23  physical thing?                                09:34
24     A.  The opinion I provided in my declaration  09:34
25  was with respect to the location register.     09:34
                                              Page 36
```

```
 1     Q.  I understand that, sir.  I'm just asking  09:34
 2  you a question.                                09:34
 3         What in Figure 1A has to be -- is a    09:34
 4  function versus what in 1A is a unique physical  09:34
 5  thing?                                         09:34
 6     A.  Without studying the patent as a whole,  09:34
 7  considering that question, I don't have an answer  09:35
 8  beyond what I've stated in my declaration in regard  09:35
 9  to the location register.                      09:35
10     Q.  Okay.                                   09:35
11         Well, let's just go through the thing.  09:35
12  Does the patent limit its system to only three  09:35
13  routers, 41, 42, and 43?  What happens if you have  09:35
14  four routers?  Is that still covered by the patent?  09:35
15         MR. CURTIS:  Objection, form.          09:35
16     A.  It depends on what you mean by "covered by  09:35
17  the patent."                                   09:35
18  BY MR. SHEASBY:                                09:35
19     Q.  The claims.  Are the claims limited to  09:35
20  only three routers?                            09:35
21     A.  I don't recall the claims mentioning a  09:35
22  specific number of routers.                    09:35
23     Q.  They reference a router.  Correct?     09:35
24     A.  Claim 1 references a router, and I would  09:36
25  need to reread the claims to see if routers are  09:36
                                              Page 37
```

```
 1   Q.   So let's go to the patent.                09:42
 2   A.   So just to clarify my last answer. Even   09:43
 3  though I said I don't have an opinion on the number 09:43
 4  of location registers, I did say that the location  09:43
 5  register does need to be in a known networking     09:43
 6  location and implemented as a discrete node.       09:43
 7   Q.   Yeah. I mean, what's the answer? Do you   09:43
 8  have an opinion or do you not have an opinion? Does 09:43
 9  it have to be one physical location? Yes or no?    09:43
10   A.   The simplest implementation would be one  09:43
11  physical location, but, you know, it depends on -- 09:44
12  it depends on the network.                  09:44
13        If an operator had a network in one    09:44
14  country and another network in another country, they 09:44
15  might want to have a separate location register in 09:44
16  each country. But that is, you know, outside the   09:44
17  scope of my opinions as stated in my declaration.  09:44
18   Q.   In other words, you can know and be able  09:44
19  to access the location register without it being in 09:44
20  one physical location. Correct? The network can do 09:44
21  that?                                       09:44
22   A.   I don't believe that's what I said.      09:44
23   Q.   I'm actually asking you a question. Does 09:44
24  it -- it needs to be in one physical location for a 09:44
25  location register to be accessed across a network. 09:44
                                              Page 42
```

```
 1  Fair?                                        09:44
 2   A.   What I said was that it needs to be in a 09:44
 3  known networking location so that a query made to  09:44
 4  that networking location can obtain the information 09:45
 5  that it needs for the patent to function.         09:45
 6   Q.   And a known -- to be a known networking  09:45
 7  location, it must be a single physical location.  09:45
 8  Correct?                                     09:45
 9   A.   It would depend on what you mean by     09:45
10  "physical location."                         09:45
11   Q.   I mean a single physical box.           09:45
12   A.   A single physical box would be the      09:45
13  simplest implementation.                     09:45
14   Q.   It's the only allowed implementation.   09:45
15  Correct?                                     09:45
16   A.   I'm not sure what you mean by "allowed." 09:45
17   Q.   By the claims.                         09:46
18   A.   I don't have an opinion on whether the  09:46
19  claims -- how the claims allow the physical      09:46
20  implementation.                              09:46
21   Q.   Okay.                                  09:46
22        Let me ask you the next question, which is 09:46
23  -- let's go to the discussion of foreign agent in 09:46
24  the patent. And I believe it starts at column    09:46
25  seven.                                       09:46
                                              Page 43
```

```
 1        (Pause.)                              09:45
 2        And, actually, column eight. It says -- 09:47
 3  column eight, lines three through six, it says   09:47
 4  (reading):  The location register may be a       09:47
 5  home agent or a foreign agent, and uses a        09:47
 6  mobile IPv4 or IPv6 address system in order      09:47
 7  to store the location into this location         09:47
 8  register.                                    09:47
 9        Do you see that, sir?                   09:47
10   A.   I do see that.                          09:47
11   Q.   That language means that the patent is  09:47
12  limited to the use of a home agent or foreign agent. 09:47
13  Correct?                                     09:47
14   A.   The patent says that the location register 09:47
15  may be a home agent or foreign agent, and I read 09:47
16  that as home agent or foreign agent being an     09:48
17  optional implementation.                     09:48
18        THE WITNESS:  I think we lost . . .     09:48
19        MR. CURTIS:  Okay. Let's just sit       09:48
20  here with the record on and let the clock run.   09:48
21        THE WITNESS:  Okay.                     09:48
22        (Pause.)                              09:50
23        MR. CURTIS:  He's saying he lost        09:51
24  internet. I'm sorry. Let's take a break. I'm good 09:51
25  with that. We're comfortable. Let's take a break, 09:51
                                              Page 44
```

```
 1  Peter, Videographer, Court Reporter.           09:51
 2        THE VIDEOGRAPHER:  We are off the       09:51
 3  record at 9:52.                              09:51
 4        (Recess:  9:52 to 10:35 a.m.)           09:51
 5        THE VIDEOGRAPHER:  We are on the        10:34
 6  record at 10:35.                             10:34
 7  BY MR. SHEASBY:                              10:34
 8   Q.   Sir, did you have any conversations with 10:34
 9  your counsel at the break?                    10:34
10   A.   I did not.                             10:34
11   Q.   I want to look at -- you referenced RC 202 10:34
12  [sic] in your declaration. Correct? RFC 2002?   10:34
13   A.   RFC 2002.                              10:34
14   Q.   Yes.                                   10:34
15        Did you read that document in preparation 10:34
16  for your expert opinion?                     10:34
17   A.   I did read that document.              10:35
18   Q.   I'm marking as an exhibit RFC 2 -- I'm  10:35
19  introducing this as an exhibit. Let me know when 10:35
20  you get it.                                  10:35
21        (Pause.)                              10:35
22   A.   Is that Exhibit 6?                     10:35
23   Q.   Yes.                                   10:35
24   A.   Okay. I have it.                       10:36
25        (Deposition Exhibit Number 8           10:34
                                              Page 45
```

12 (Pages 42 - 45)

```
 1         marked for identification.)        10:33
 2  BY MR. SHEASBY:                           10:36
 3    Q.  Is there anything in RFC 2002 that  10:36
 4  indicates that either the foreign agent or the home  10:36
 5  agent must exist in a single physical device or  10:36
 6  single physical location?                 10:36
 7    A.  I'm a little confused.  The Exhibit 6 I  10:36
 8  downloaded was testimony from Thomas Blackburn.  10:36
 9    Q.  Why don't we refresh and look for Exhibit  10:37
10  7.  No.  All right.  Let me try it again.  Give me  10:37
11  one second.                               10:37
12         (Pause.)                           10:38
13         Okay, now try it.  It's Exhibit 8.  Let me  10:38
14  know when you get it.                     10:38
15    A.  I have it.                          10:38
16    Q.  Is there anything in RFC 2002 that  10:39
17  requires the home agent or foreign agent to run on a  10:39
18  single physical location?                 10:39
19    A.  I would need to read the entire    10:39
20  specification, but consistent with my declaration,  10:39
21  the home agent/foreign agent need to be at known  10:39
22  networking locations so that messages such as  10:39
23  registration messages can reach them.     10:39
24    Q.  So I understand that it's your position  10:40
25  that no network located -- it's your position that a  10:40
                                               Page 46
```

```
 1  location register must be at a known network  10:40
 2  location.  Correct?                       10:40
 3    A.  My declaration states that the location  10:40
 4  register needs to be at a known networking location.  10:40
 5    Q.  And a known networking location requires a  10:40
 6  single physical discrete location.  Correct?  10:40
 7    A.  I don't agree with that statement.  10:40
 8    Q.  Okay.                               10:41
 9         Let me ask you this question:  Is the  10:41
10  location of a mobile terminal on a network known in  10:41
11  the normal operation?                     10:41
12         MR. CURTIS:  Objection, form.      10:41
13    A.  In some circumstances a network will know  10:41
14  the location of a terminal.               10:41
15  BY MR. SHEASBY:                           10:41
16    Q.  Are you rendering the opinion that RFC  10:41
17  2002 prevents the operations of the -- forbids the  10:41
18  operations of either home agent or the foreign agent  10:42
19  to be distributed across multiple locations?  10:42
20    A.  As I said in my declaration, a home  10:42
21  agent/foreign agent -- sorry.  Let me restart.  10:42
22         I'm just rereading my declaration with  10:42
23  respect to mobile IP.                     10:42
24         (Pause.)                           10:43
25         What I stated was that the mobile IP  10:43
                                               Page 47
```

```
 1  protocols would communicate to a fixed node to  10:43
 2  update and register locations.            10:43
 3    Q.  Yeah.  And I'm asking you where in the RFC  10:43
 4  2002 -- strike that.  Where in the RFC 2002 does it  10:43
 5  state that the home agent and foreign agent  10:43
 6  functions must be on a single physical location?  10:43
 7    A.  I would need to reread the specification  10:43
 8  to see what it says about physical locations.  10:43
 9    Q.  Go ahead.                           10:43
10         MR. SHEASBY:  And go on the record.  10:44
11  I'm just going to pop off to get a cup of coffee.  10:44
12  I'll be right back.                       10:44
13    A.  Okay.  This is a 158-page document, so I'm  10:44
14  beginning to read now.                    10:44
15         (Pause.)                           10:44
16  BY MR. SHEASBY:                           10:46
17    Q.  Sir, just let me know when you're ready to  10:46
18  answer the question.                      10:46
19    A.  Okay.  I'm still reading.           10:47
20    Q.  Sure.                               10:47
21         (Pause.)                           10:50
22    A.  In scanning through the specification, I  10:51
23  didn't see a discussion of physical implementation  10:51
24  of the functions.                         10:51
25    Q.  So having scanned through the       10:51
                                               Page 48
```

```
 1  specification, do you find any limitation placed on  10:51
 2  the physical implementation of the home agent and  10:51
 3  foreign agent?                            10:51
 4    A.  In my scan of the document I didn't see  10:51
 5  any discussion of the physical implementation of the  10:51
 6  home agent and foreign agent, although I did see on  10:51
 7  page 15, consistent with my declaration, that there  10:51
 8  is a registration process.                10:51
 9         For example, the specification states when  10:51
10  the mobile node is away from home it registers its  10:51
11  care of address with its home agent, which,  10:52
12  consistent with my declaration, means that messages  10:52
13  from the mobile node need to be able to reach the  10:52
14  home agent, and thus, the home agent needs to be at  10:52
15  a known networking location.              10:52
16    Q.  Is there anything in the RFC 2002   10:52
17  specification that precludes the implementation of  10:52
18  the home agent function and the foreign agent  10:52
19  function in a distributed manner?         10:52
20    A.  In my relatively quick scan of the  10:52
21  158-page document, I didn't see a discussion of  10:52
22  physical implementation of the home agent and  10:52
23  foreign agent functions.                  10:52
24    Q.  Sir, this is the document you reviewed in  10:52
25  preparing your opinions in this case.  Correct?  10:52
                                               Page 49
```

```
 1  location?                                     11:00
 2     Q.  Is it possible to have a distributed   11:00
 3  system in which the distributed foreign agent or  11:00
 4  home agent in which each location that it's   11:00
 5  distributed across is known?                  11:00
 6     A.  That's a complex question, and I would 11:00
 7  have to study it in detail to be able to offer an  11:00
 8  opinion.                                      11:00
 9     Q.  In terms of your best opinion for the  11:00
10  Court today, is it possible to have a distributed  11:01
11  system in which the location registers are at known  11:01
12  locations even though they are distributed in 11:01
13  different physical components?                11:01
14     A.  That's a very complicated question, and  11:01
15  there are a lot of different variables to consider,  11:01
16  so at this time I don't have an opinion on that.  11:01
17     Q.  Does the 728 patent exclude the location  11:01
18  of distributed location registers?            11:01
19     A.  I don't recall the 728 patent discussing  11:01
20  distributed implementations of the location   11:01
21  register.                                     11:02
22         MR. SHEASBY:  Yeah.  Move to strike as 11:02
23  not responsive.                               11:02
24  BY MR. SHEASBY:                               11:02
25     Q.  Did you identify any portions of the 728  11:02
                                                 Page 54
```

```
 1  patent that clearly and unambiguously exclude the  11:02
 2  use of distributed location registers?        11:02
 3     A.  The patent repeatedly discusses "a     11:02
 4  location register" and other instances it says "the  11:02
 5  location register."                           11:03
 6     Q.  And you believe that limits it to one  11:03
 7  single physical location register?            11:03
 8     A.  I don't believe the patent discusses the  11:03
 9  exact implementation of the location register.  11:03
10     Q.  Okay.                                  11:03
11         And by "implementation" you mean physical  11:03
12  implementation?                               11:03
13     A.  Correct.                               11:03
14     Q.  How long have you been in the network  11:03
15  communications industry?                      11:03
16     A.  I've been actively involved in networking  11:03
17  communications since about 1980.              11:04
18     Q.  Let's go back to the 728 patent.       11:04
19     A.  Okay.                                  11:04
20     Q.  Let's go to column four, lines 23 and 24.  11:04
21     A.  Column four, lines 23 to 24?           11:04
22     Q.  Yes, sir.                              11:04
23     A.  Okay.                                  11:05
24     Q.  Go ahead and read those into the record.  11:05
25     A.  (Reading):  Preferably, the indoor     11:05
                                                 Page 55
```

```
 1  location stored in the location register      11:05
 2  includes the indoor system ID.                11:05
 3     Q.  The patent teaches that the indoor lit 11:05
 4  [sic] location information is limited to the indoor  11:05
 5  system ID.  Correct?                          11:05
 6     A.  The agreed-upon construction is that the  11:05
 7  indoor system ID information is the information  11:05
 8  uniquely identified in the indoor network.  Is that  11:05
 9  what you're referring to?                     11:05
10     Q.  No.  I'm just saying this passage is   11:05
11  teaching that the only indoor location that can  11:06
12  exist is the indoor system ID.  Correct?      11:06
13     A.  The patent uses the indoor system ID as  11:06
14  the location information associated with the indoor  11:06
15  location.                                     11:06
16     Q.  In this passage is it teaching that the  11:06
17  only indoor location information that can be stored  11:06
18  is the indoor system ID?  Or can there be also other  11:06
19  indoor location information stored?           11:06
20     A.  Lines 23 and 24 refers just to the indoor  11:06
21  system ID.                                    11:06
22     Q.  It says (reading):  Indoor location    11:06
23  stored in the location register includes      11:06
24  the indoor system ID.                         11:07
25         Do you see that?                       11:07
                                                 Page 56
```

```
 1     A.  Right.                                 11:07
 2     Q.  Does that mean that indoor location is 11:07
 3  equivalent to the indoor system ID?  Or does the  11:07
 4  word "includes" means that there could be additional  11:07
 5  information beyond the indoor system ID?      11:07
 6     A.  I'd need to look at other places in the  11:07
 7  patent, but those lines in isolation don't make that  11:07
 8  question clear.                               11:07
 9     Q.  Okay.  Let's go to Claim 1.  Actually, 11:07
10  let's go to the Blackburn declaration.  I changed my  11:08
11  mind.                                         11:08
12         It's Exhibit 6.  Let me know when you get  11:08
13  there.                                        11:08
14     A.  Okay.                                  11:08
15         (Deposition Exhibit Number 6           11:06
16         marked for identification.)            11:05
17  BY MR. SHEASBY:                               11:09
18     Q.  Let's go to paragraph 53.              11:09
19     A.  Okay.                                  11:09
20     Q.  Do you have any factual disagreement with  11:09
21  what Mr. Blackburn says in paragraph 53?      11:09
22     A.  I haven't studied the particular article  11:09
23  that he refers to so I don't have an opinion as to  11:10
24  his description of the contents.              11:10
25     Q.  What about the first sentence of paragraph  11:10
                                                 Page 57
```

```
 1  use of the home agents or foreign agent location   12:12
 2  register embodiment?                               12:12
 3     A.  My opinions in my declaration did not       12:13
 4  specify whether a home agent/foreign agent was     12:13
 5  implemented.                                       12:13
 6     Q.  Right.  That's why I'm asking you the       12:13
 7  question.                                          12:13
 8         Are you rendering the opinion that the      12:13
 9  patent claims are limited to the embodiment that   12:13
10  uses a home agent or foreign agent?                12:13
11     A.  I'm not offering an opinion on that         12:13
12  question.                                          12:13
13     Q.  Okay.                                       12:13
14         Now, when the location register 80 is the   12:13
15  home agent or the foreign agent, those are two     12:13
16  separate physical locations, correct, the home agent 12:13
17  and foreign agent?                                 12:13
18     A.  I would need to review the mobile IP        12:14
19  specification, but I do know that in some situations 12:14
20  the home agent and foreign agent are at different  12:14
21  locations.                                         12:14
22     Q.  Okay.                                       12:14
23     A.  But I can only envision the scenario where  12:14
24  they are at the same location.                     12:14
25     Q.  So you can imagine -- for the RFC 2002      12:14
                                                    Page 82
```

```
 1  specification, you can imagine scenarios in which   12:14
 2  the home agent and foreign agent are at separate    12:14
 3  locations or at the same location physically.  Fair? 12:14
 4     A.  I'd need to review the specification, but    12:14
 5  my recollection of the specification is that a      12:14
 6  router could implement both functions.  So if a     12:14
 7  device was on its home network, not at a foreign    12:14
 8  location, that the home agent and foreign agent     12:15
 9  would, in that specific situation, be at the same   12:15
10  location.                                           12:15
11     Q.  And what happens when a device was at --     12:15
12  not at its home network?                            12:15
13     A.  In that case, the mobile device would        12:15
14  detect the foreign agent and send the registration  12:15
15  message to a home agent, assuming it was following  12:15
16  all the mobile IP protocols, to register its        12:15
17  location, and subsequently data would be sent to it 12:15
18  from the home agent to the foreign agent and then   12:15
19  from the foreign agent to the mobile node.          12:16
20     Q.  So in that situation, in that                12:16
21  implementation, the foreign agent and the home agent 12:16
22  are not at the same physical location?              12:16
23     A.  It's not really a different                  12:16
24  implementation.  It's the same implementation but   12:16
25  it's two different cases.  In the first case, the   12:16
                                                    Page 83
```

```
 1  mobile node is home, and in the second case, it's at 12:16
 2  a foreign location.                                 12:16
 3     Q.  In column nine, lines 12 through 15, the     12:16
 4  home agent and the foreign agents are both location 12:16
 5  registers.  Correct?                                12:16
 6     A.  It says the location register is the home    12:16
 7  agent or the foreign agent, in accordance with the  12:16
 8  mobile IP protocol.                                 12:17
 9     Q.  I understand that.                           12:17
10         In that statement, the foreign agent and     12:17
11  the home agent are both location registers.         12:17
12  Correct?                                            12:17
13     A.  No.  I disagree.                             12:17
14     Q.  Okay.                                        12:17
15         So you believe that the home agent and       12:17
16  foreign agents are not both location registers?     12:17
17     A.  Well, what it says is that the location      12:17
18  register is the home agent or the foreign agent.    12:17
19     Q.  Yeah, I understand what is written there.    12:17
20  And what does that mean to you as a person of skill 12:17
21  in the art?                                         12:17
22     A.  Well, what it means to me is that in the     12:17
23  mobile IP situation that the location register is   12:18
24  performing home agent or foreign agent functions.   12:18
25     Q.  So is a location that performs a home        12:18
                                                    Page 84
```

```
 1  agent function a location register?                 12:18
 2     A.  That's -- I have to think about that         12:18
 3  question.  Are you asking whether in general a home 12:18
 4  agent or a foreign agent would be a location        12:19
 5  register?  Or are you asking in the context of this 12:19
 6  patent?                                             12:19
 7     Q.  Well, let's start here.  In your             12:19
 8  understanding of RFC 2002, home agent and foreign   12:19
 9  agent are both examples of location registers?      12:19
10     A.  I don't think that's what it's saying.       12:19
11     Q.  That's not what I asked you.  Move to        12:19
12  strike.                                             12:19
13         In your understanding of RFC 2002, is the    12:19
14  home agent and foreign agent both examples of       12:19
15  location registers?                                 12:19
16     A.  What this part of the patent says to me is   12:19
17  that the -- in the case of a mobile IP              12:19
18  implementation, the location register is the home   12:20
19  agent or the foreign agent.                         12:20
20     Q.  I understand what it says there.  I am now   12:20
21  asking you a question.                              12:20
22         In your understanding of RFC 2002, are the   12:20
23  home agent and foreign agent examples of location   12:20
24  registers?                                          12:20
25     A.  If I go -- if I look at RFC 2002, it         12:20
                                                    Page 85
```

```
 1  discusses home agents and foreign agents, but I        12:20
 2  don't believe the specification itself refers to       12:20
 3  location registers.                                    12:20
 4      Q.   Do you have an understanding --               12:20
 5      A.   At least I don't recall that being the        12:20
 6  case.                                                  12:20
 7      Q.   Do you have an understanding of what the      12:20
 8  word "location register" means?                        12:20
 9      A.   I understand what location register means     12:20
10  in the context of the 728 patent, and I also           12:20
11  understand what location register would have meant     12:21
12  to a person of ordinary skill in the art at the time   12:21
13  of the patent.                                         12:21
14      Q.   What does it mean in the context of the       12:21
15  728 patent?                                            12:21
16      A.   In the context of the 728 patent, it          12:21
17  refers to a device that stores location information.   12:21
18      Q.   Does the foreign agent store location         12:21
19  information in RFC 2002?                               12:21
20      A.   I would need to refer to the                  12:21
21  specification.                                         12:21
22      Q.   Go ahead.  It's been marked as an exhibit.    12:21
23  Take as much time as you need.                         12:22
24           (Pause.)                                      12:22
25      A.   RFC 2002 on page 17 says that the mobile     12:23
                                                        Page 86
```

```
 1  node receives what's a "care of" address.  So the      12:23
 2  foreign agent would be aware of the mobile node        12:23
 3  because when it receives tunnelled datagrams, it       12:24
 4  decapsulates datagrams and delivers the datagrams to   12:24
 5  the mobile node.                                       12:24
 6      Q.   So now you can answer my question.  In RFC    12:24
 7  2002 does the foreign agent store location             12:24
 8  information?                                           12:24
 9      A.   That would depend on what you meant by        12:24
10  "location information" in the context of RFC 2002.     12:24
11      Q.   I mean the common understanding of that       12:25
12  phrase.                                                12:25
13      A.   Mobile IP concerns itself with routing and    12:25
14  addresses, so if by "location information" you meant   12:25
15  a geographical location such as latitude and           12:25
16  longitude, the foreign agent wouldn't have that kind   12:25
17  of information.                                        12:25
18           On the other hand, it works with IP           12:25
19  addresses, so it has an address and location, so       12:25
20  that's what I mean it depends on the context --        12:26
21           (Cross-talk.)                                 12:24
22      Q.   Sure.  In the context --                      12:26
23      A.   -- (inaudible) exactly.                       12:26
24      Q.   In the context of the 728 patent, what        12:26
25  does location mean?                                    12:26
                                                        Page 87
```

```
 1           MR. CURTIS:  Objection.  Form.                12:26
 2  Outside the scope.                                     12:26
 3      A.   Well, in the context of the 728 patent,       12:26
 4  there's an agreed-upon construction for location       12:26
 5  information, and that's information of a locational    12:26
 6  area or indoor system ID information, or both.  So     12:26
 7  if you're using the agreed-upon construction of        12:26
 8  locational area or indoor system ID information, I     12:26
 9  don't see the foreign agent, if it were to be based    12:26
10  on RFC 2002, storing that specific information.        12:26
11  BY MR. SHEASBY:                                        12:27
12      Q.   Does the home agent store that specific       12:27
13  information?                                           12:27
14      A.   The home agent, as implemented by RFC         12:27
15  2002, would not store the location information as      12:27
16  per the agreed-upon construction, based on my          12:27
17  understanding of RFC 2002.                             12:27
18           MR. SHEASBY:  Okay.  Why don't we             12:27
19  break for lunch.                                       12:27
20           THE VIDEOGRAPHER:  We are off the             12:27
21  record at 12:29.                                       12:27
22           (Recess:  12:29 to 1:19 p.m.)                 12:27
23           THE VIDEOGRAPHER:  We are on the              01:17
24  record at 1:19.                                        01:17
25  BY MR. SHEASBY:                                        01:17
                                                        Page 88
```

```
 1      Q.   Did you talk to your counsel at the break,    01:17
 2  sir?                                                   01:17
 3      A.   I did not.                                    01:17
 4      Q.   In a cellular system, what node generates     01:17
 5  the location information?                              01:18
 6           MR. CURTIS:  Objection, form.                 01:18
 7      A.   The location information depends on what      01:18
 8  specific cellular technology is being used and the     01:18
 9  location information can also refer to different       01:18
10  types of location information.                         01:18
11           For example, in some networks, the            01:18
12  location information may be a distance from a cell     01:19
13  tower.  In some it might be triangulated data based    01:19
14  on measurements from multiple cell towers.  In some    01:19
15  cases it might be GPS information generated by the     01:19
16  mobile device and then sent to the network.            01:19
17  BY MR. SHEASBY:                                        01:19
18      Q.   All those are examples of locational          01:19
19  information?                                           01:19
20      A.   That is correct.                              01:19
21      Q.   Are there any other examples of locational    01:19
22  information?                                           01:19
23      A.   The additional types of information           01:19
24  related to location could be the base station with     01:20
25  which a device is currently connected to, or in some   01:20
                                                        Page 89
```

```
 1  cases it can refer to a group of base stations.      01:20
 2       So those are some that come to mind at          01:20
 3  this time.                                           01:20
 4  Q.  For indoor WLAN networks, is there any           01:20
 5  information stored about that network other than --  01:20
 6  does that network pass on information other than its 01:20
 7  system ID information?                               01:20
 8       MR. CURTIS:  Objection.  Form.                  01:20
 9  Outside the scope.                                   01:20
10  A.  The information that is communicated in a        01:20
11  Wi-Fi network, for instance, could include an SSID.  01:20
12  I'm not sure if that's what we're referring to.      01:21
13  BY MR. SHEASBY:                                      01:21
14  Q.  And SSID is a system ID?                         01:21
15  A.  It's a name for the network.  I believe it       01:21
16  stands for subscriber set identifier, but it's a     01:21
17  name a user or network manager can enter into the    01:21
18  access point so the access point broadcasts that     01:21
19  particular name of the network.                      01:21
20  Q.  Is that different from an indoor system          01:21
21  ID?                                                  01:21
22  A.  The indoor system ID information is one of       01:22
23  the agreed-upon construction's information uniquely  01:22
24  identifying the indoor network.  The patent, I don't 01:22
25  believe, mentions SSID.                              01:22
                                                       Page 90
```

```
 1  Q.  Right.                                           01:22
 2       Does SSID provide location information on       01:22
 3  where a device is located?                           01:22
 4       MR. CURTIS:  Objection, form.  Outside          01:22
 5  the scope.                                           01:22
 6  A.  It would depend on the implementation, but       01:22
 7  generally speaking I would say no.                   01:22
 8  BY MR. SHEASBY:                                      01:22
 9  Q.  Why do you say that?                             01:22
10  A.  Well, for instance, I can have multiple          01:23
11  access points broadcasting the same SSID, so the     01:23
12  SSID that I receive only tells me that I can connect 01:23
13  to a network with that name.  It doesn't necessarily 01:23
14  tell me what location I'm in.                        01:23
15  Q.  In a WLAN base station it broadcasts             01:24
16  information beyond its system ID.  Correct?          01:24
17  A.  I would have to look at the specific             01:24
18  wireless LAN technology to answer that question.     01:24
19  Q.  As a general rule at the time of the             01:24
20  patent, WLAN networks broadcast more than just their 01:24
21  system ID.  Correct?                                 01:24
22       MR. CURTIS:  Objection, form.  Outside          01:24
23  the scope.                                           01:24
24  A.  At the time of the patent there were             01:24
25  multiple wireless LAN technologies, and I would have 01:24
                                                       Page 91
```

```
 1  to look at the specifications for each of them to    01:24
 2  see exactly what kind of information they may have   01:25
 3  broadcast.                                           01:25
 4  BY MR. SHEASBY:                                      01:25
 5  Q.  Did you investigate whether WLAN networks        01:25
 6  at the time of the patent broadcast information      01:25
 7  about their location beyond system ID?               01:25
 8  A.  In developing my declaration I did not           01:25
 9  consider that question.                              01:25
10  Q.  How does the system ID information provide       01:25
11  location information?                                01:25
12       MR. CURTIS:  Objection, form.                   01:25
13  A.  In the context of the patent, the indoor         01:25
14  system ID information would provide location         01:26
15  information to the extent that if you knew the       01:26
16  locations where that indoor system ID information    01:26
17  was being broadcast, then you could identify the     01:26
18  location of the device to the coverage area of where 01:26
19  that indoor system ID information was being          01:26
20  provided.                                            01:26
21  BY MR. SHEASBY:                                      01:26
22  Q.  Does location information in the patent          01:26
23  require that it be geographic information?           01:26
24  A.  I'd have to review the patent to be sure,        01:26
25  but I don't recall a discussion of geographic        01:26
                                                       Page 92
```

```
 1  information with respect to parameters such as       01:27
 2  latitude or longitude.                               01:27
 3  Q.  Well, why don't you go ahead and read the        01:27
 4  patent and tell me whether location information      01:27
 5  requires geographic information in the patent?       01:27
 6       MR. CURTIS:  Objection, form.  Outside          01:27
 7  the scope.                                           01:27
 8  A.  Well, I don't know if it's really                01:27
 9  necessary to read the patent because location        01:27
10  information is an agreed-upon construction           01:27
11  specifically meaning information in a locational     01:27
12  area or indoor system ID information.                01:27
13  BY MR. SHEASBY:                                      01:27
14  Q.  And does the locational area require             01:27
15  geographic information?  That's the question I'm     01:27
16  asking.                                              01:27
17  A.  Well, as construed, the term refers to           01:27
18  either locational area or indoor system ID           01:28
19  information, so I suppose it would depend on what    01:28
20  you mean precisely by "geographic information."      01:28
21  Q.  What does locational area mean?                  01:28
22       MR. CURTIS:  Objection, form.  Outside          01:28
23  the scope.                                           01:28
24  A.  I'd have to refer to the patent.  Do you         01:28
25  want me to do that?                                  01:28
                                                       Page 93
```

```
 1  State of Oregon   )
                     )  ss.
 2  County of Lane   )
 3
 4      I, Sara Fahey Wilson, CSR, a Certified Shorthand
 5  Reporter for the State of Oregon, certify that the
 6  witness was sworn and the transcript is a true
 7  record of the testimony given by the witness; that
 8  at said time and place I reported all testimony and
 9  other oral proceedings had in the foregoing matter;
10  that the foregoing transcript consisting of 101
11  pages contains a full, true and correct transcript
12  of said proceedings reported by me to the best of my
13  ability on said date.
14      If any of the parties or the witness requested
15  review of the transcript at the time of the
16  proceedings, such correction pages are attached.
17      IN WITNESS WHEREOF, I have set my hand this 13
18  day of April 2021, in the City of Eugene, County of
19  Lane, State of Oregon.
20
21
22  _____
23  Sara Fahey Wilson, CSR
24  CSR No. 06-0400
25  Expiration Date:  March 31st, 2023
```

Page 102

```
 1              DECLARATION
 2
 3      I hereby declare I am the deponent in the within
 4  matter; that I have read the foregoing transcript and
 5  know the contents thereof; and I declare that the same
 6  is true of my knowledge except as to the matters which
 7  are therein stated upon my information or belief, and as
 8  to those matters, I believe them to be true.
 9      I declare under the penalties of perjury
10  under the laws of the United States that the
11  foregoing is true and correct.
12
13      This declaration is executed this _____ day
14  of _____, 20___, at
15  _____, _____.
16
17
18
19        _____
20           PETER RYSAVY
21
22
23
24
25
```

Page 103

27 (Pages 102 - 103)

Veritext Legal Solutions
866 299-5127