# BLACKBURN

# EXHIBIT A

# CV of Thomas L. Blackburn

**2409 Klein Road, San Jose, CA 95148-1802**
**(408) 507-8771**
**tblackburn2409@yahoo.com**

**Thomas Blackburn** is a noted technologist, product developer, consultant, patent analyst, educator, and expert witness specializing in mobile, cellular, Blue-Tooth wireless technologies, GPS technologies, wired technologies, networks, phones, standards, location-based-services, hardware electrical designs, battery design & analysis and systems. Mr. Blackburn has over thirty years of experience in the field of electrical, industrial, RF and telecommunications engineering.  He has worked for private organizations and has been a founder of several successful start-up telecommunications companies. Mr. Blackburn holds over 35 US and International Patents in the telecommunications field.

Since 1996, his professional activities and services have focused exclusively on mobile, cellular, Blue-Tooth wireless technologies, GPS, A-GPS, wireless and wired technologies, forensics, electronic discovery, markets, standards, spectrum, regulations, damages, networks, hardware electrical designs, battery design & analysis and services. He has taught seminars on mobile, cellular and fixed wireless technologies. He has served as a plaintiff and defendant expert witness on a wide spectrum of civil, criminal and business matters/litigation involving wired and wireless technologies, electronic discovery, cable damages & repair costs, communications products and services.

As a patent analyst, he has assisted many leading law firms in defending against or asserting claims of patent infringement and patent validity, including IPR's. This patent work has encompassed Wi-Fi/WLAN standards, Bluetooth standards, DSL standards, all generations of standards for GSM, UMTS, LTE, and CDMA2000 cellular standards, including GSM/3GPP, ETSI, OMA,WAP, CT-2 / DECT / COMS. This patent work also included electrical designs including battery designs, equipment for reading barcodes and other labels, smart-meter designs with battery backup.

He has written many expert reports for non-infringement, infringement, invalidity and validity. Over 25 Declarations and Affidavit's. He has given over 20 depositions and has testifying experience. He has assisted with post grant reviews including IPR's to opine on the validity of patents.
He has performed due diligence on patents in the early stages of infringement. He has testified at deposition or at a jury trial over 15 times.

As a cellular forensic analyst, he has worked closely with private attorneys and Public Defenders in analyzing call detail records and has opined on cell phone location after performing cell site and CDR analysis. He has testified at deposition or at a jury trial 25 times.

As an electronic discovery expert, he has worked closely with private attorneys in determining the transmission and receipt of critical documents such as DMCA notices, contracts, agreements, and other legal documents using email, FAX, and other transmissions media.

As a hardware electrical designer, he analyzed failed electrical systems to determine causes.

Mr. Blackburn's expertise in cellular, mobile, GPS, wired and wireless communications encompasses the following areas:

## Computer, Cellular/Mobile, GPS and Wireless Technologies

- 2G, 3G & 4G mobile networks
- Location based services – GPS, A-GPS, Wi-Fi, Triangulation services
- SMS/MMS Standards & Protocols
- Cordless Telephone Standards
- Cell phone design
- Qi Design & Analysis
- Auto-dialer design
- GPS designs
- GPS devices – data analysis & tracking
- Cellular phones, Handsets, Smartphones & PDA's including operating systems, SMS Messaging, MMS, WAP, Web Browsers, filters and access control
- Headphone review & analysis
- Earbud/earphone analysis
- Mobile & Wireless VoIP
- Interstate & International Calling Standards – Billing, Access Charges
- Bluetooth devices
- Fax transmissions- Copyright DMCA notices
- Wired technologies – DSL, ADSL2+, VDSL
- Power & charger adaptors / smart universal power adaptors / smart tips / Mophie
- E-cigarette design, failure analysis, battery explosion
- Determine cause of failure of hardware electrical systems and devices.
- Microprocessor design & implementations
- Multiple Access Technologies - CDMA, TDMA, FDMA, DSSS
- Network Standards
  - GSM, GPRS & EDGE
  - HSDPA, HSUPA, HSPA+
  - iDEN
  - IS-95, CDMA2000, EV-DO
  - IS-54, IS-136
  - CT-2 / DECT / COMS Standards for Cordless Telephones
  - LTE (Long Term Evolution)
  - WCDMA/UMTS
  - Wi-Fi
  - DSL

## Patent Infringement for Wired & Wireless Technologies

- Due diligence on patent claims
- Patent infringement/non-infringement analysis
- IPR Cases
- Patent validity/invalidity analysis & prior art search and opinions
- Claim charts & proof packages
- Technology evolutions
- Expert reports
- Testify

## Work History

### GTE (General Telephone & Electronics) *Advanced Development Group* 1972 – 1985

State of the art telephony designs, outside plant, coin & pay phone designs – over 25 US & International Patents
International telephone standards, designs

### Go Digital Telecommunications – Engineering Director / Founder 1996 – 2006

State of the art telephony designs – 3 US Patents

### Consultant / Expert Witness (05/1985 – Present)

Expert witness & testify, Intellectual Property support services including reverse engineering of hardware & software, copyright & patent claims analysis, research, prior art searches. Cellular systems, GPS, Location Bases Systems, telephone designs, copper cable systems / design, fiber optic systems, Internet Access systems DSP systems, FPGA architectures.

Electronic Product Design and development including audio/video system design, digital & analog design, microcontroller development, battery designs and backup systems, power supply design, e-cigarette failure analysis, Qi design, controller design, earbud analysis.

### Consulting Clients:

**Hawg Wired Inc. 1997 – 2010**
Provided consulting services for Audio System design for motorcycle systems

**Echelon Inc. 2005 - 2009**
Provided consulting services for Electricity Smart Meter, Lighting fixture & iLON Internet Server, power supply testing, NEBS Level 4 testing.  Power supply design w/ power management. Cellular designs.

**E/O Networks 1988 - 1990**
Provided consulting services regarding VoIP, FTTH (Fiber-to-the-Home) specifications and design. Network Management design. – Patent & copyright reviews.

**Raychem 1989 - 1996**
Provided consulting services regarding DSL /HDSL systems design. Cable specification & design

**Raynet 1988 - 1992**
Provided consulting services regarding FTTH (Fiber-to-the-Home) specifications and design. Network Management design – copyright of CD manual for electrical appliances

**Able Telecommunications 1987 - 1989**
Provided consulting services regarding channel bank & line card design.

**International Compliance & Approvals, Inc.**
Provided consulting services regarding testing telecommunications systems per UL / Telecordia

**Evotech – 1985 - 1995**
Provided consulting services regarding systems designs for both commercial & industrial applications. Cell phone designs, navigation devices (GPS), medical devices.

## Major expert case areas he has worked on include:

- Patent Infringement / Claim Elements - Review, Comparison & Analysis, prior art & discovery
- Patent Infringement / Validity & Invalidity reports, depositions, testify

- Cell phone call records analysis, tracking analysis, GPS, A-GPS
- Cell phone memory analysis (Smart card, SIM, hard-drive) for deleted messages, video, pictures
- 911 & E911 liability, compliance and regulatory issues, equipment failure and maintenance
- Cell Phone design (hardware & mechanical) – patent infringement
- Cell Phone charging pad – Qi system
- FCC Standards & Regulations – Interstate, International calling
- FCC Tariffs, Access Charges, LATA calls
- Design Standards: 3GPP, ETSI, ITU; Wi-Fi Standards 802.11b/g/n
- Networks including UMTS, GSM, TDMA, CDMA, EV-DO, GPRS, FOMA, wireless IP, etc.
- Services including SMS, EMS, MMS, VoIP, SS7, Wi-Fi, email, instant messaging, etc.
- Protocols including SMS, EMS, MMS, HSDPA, WAP, TCP/IP, UDP, etc.
- 800 MHZ Radio System architecture, design, audits and failure analysis – Repeater systems
- Cisco servers, routers; network switch architectures; packet switch routing
- Consumer product analysis, forensic testing, reverse engineering, BOM review, construction analysis – computers, TV Desk Top units, Auto-dialers, wireless devices, Headphones, e-cigarette.
- Determine cost and sales price for products – Insurance claims, thief, ebay
- Power system analysis / high voltage failures / proper grounding analysis
- Battery design, analysis, and backup power switching systems
- Battery failure analysis
- 20W – 50W power supply designs w/ power management, line powered systems
- PC Power Supply (AT, ATX & Brick-laptop), power management, market surveys & analysis
- Consumer product analysis for proper design / construction & assembly per UL
- Cable liability case involving cable installation procedures
- Cable damage cases and cost analysis
- UL safety testing, NEBS, IEC62052/53, IEC60601 (Medical), IEC61000 & RBOC lab testing
- Class Action Lawsuits – earbud analysis
- Electrical failure analysis and causes – water heater, electronic cable assemblies.
- Twisted copper cable design / specification for DSL / ADSL2+ transport, 10/100 Mbit
- Computer / laptop analysis – records monitoring
- FAX, email using IP
- GPS devices – design, data analysis, data recovery
- Location Based Systems
- Laptop design, keypads, battery, battery chargers
- Bluetooth devices
- Audio headphone testing & verification of operation (Boise, ear buds for cell phones).
- DSP & FPGA desktop / plug-in architecture design & reverse engineering
- Fiber Optic system design & failure analysis – network management design
- Multi-channel ADSL systems using DSL (gSHDSL) transport technology

## Education

| Year | College/University | Degree |
|---|---|---|
| 1972-77 | Stanford University (Satellite classes @ GTE) | Graduate work in Engineering and Business – non accredited |
| 1972 | Santa Clara University (Satellite classes) | Graduate work in Engineering and Business – non accredited |
| 1971 | San Jose State University, San Jose, CA | BS w/distinction, Electrical Engineering GPA 3.25 |

## Patents Awarded - 37

| | |
|---|---|
| US Patent # 3,766,414 | Issued Oct. 16, 1973 |
| US Patent # 3,781,482 | Issued Dec. 25, 1973 |
| US Patent # 4,012,688 | Issued Mar. 15, 1977 |
| US Patent # 4,048,576 | Issued Sept.13, 1977 |
| US Patent # 4,145,665 | Issued Mar. 20, 1979 |
| US Patent # 4,170,722 | Issued Oct.  09, 1979 |
| US Patent # 4,205,275 | Issued May. 27, 1980 |
| US Patent # 4,240.024 | Issued Dec. 16, 1980 |
| US Patent # 4,405,903 | Issued Sept.20, 1983 |
| US Patent # 4,439,634 | Issued Mar. 27, 1984 |
| US Patent # 4,536,871 | Issued Aug. 20, 1985 |
| US Patent # 4,580,260 | Issued Apr.  01, 1986 |
| US Patent # 4,583,220 | Issued Apr.  15, 1986 |
| US Patent # 4,591,855 | Issued May. 27, 1986 |
| US Patent # 4,633,459 | Issued Dec. 30, 1986 |
| US Patent # 4,642,426 | Issued Feb. 10, 1987 |
| US Patent # 4,658,395 | Issued Apr.  14, 1987 |
| US Patent # 5,691,718 | Issued Nov. 25, 1997 |
| US Patent # 6,556,638 | Issued Apr.  29, 2003 |
| US Patent # 6,567,522 | Issued May. 20, 2003 |
| US Patent # 7,023,877 | Issues April 04, 2006 |
| | |
| International Patent # WO 96/41441 | Issued Dec. 19, 1996 |
| | |
| Canadian Patent # 961,097 | Issued Jan.   14, 1975 |
| Canadian Patent # 991,765 | Issued June. 22, 1976 |
| Canadian Patent # 1,107,824 | Issued Aug.  25, 1981 |
| Canadian Patent # 1,123,068 | Issued May. 04, 1982 |
| Canadian Patent # 1,123,924 | Issued May. 18, 1982 |
| Canadian Patent # 1,132,200 | Issued Sept. 21, 1982 |
| Canadian Patent # 1,132,592 | Issued Oct.  12, 1982 |
| Canadian Patent # 1,137,178 | Issued Dec.  07, 1982 |
| Canadian Patent # 1,165,409 | Issued Apr.  10, 1984 |
| Canadian Patent # 1,190,681 | Issued July   16, 1985 |
| Canadian Patent # 2,223,977 | Issued Dec.  19, 1996 |
| European Patent #EP0872067 | Issued Oct. 21, 1998 |
| Australian Patent # AU6038096 | Issued Dec. 30, 1996 |
| South Africa Patent # ZA9604841 | Issued Dec. 08, 1997 |
| Argentina Patent # A002206 | Issued Jan. 07, 1998 |

**Focus Groups**
Nichols Research – PC Power Supplies – Market Analysis & Surveys, Oscilloscopes, Semiconductors, cell phone architectures, microprocessors, routers, patents.

**Publications & Presentations (Lectures, Teaching Classes)**
IEEE Journal –Articles regarding electronics & telecommunications devices (1975 – 1982) – Co-author with Jim Stewart, Neal Zelmer (GTE Lenkurt  Inc.)
Presentations at IEEE & NEC conventions and meetings. Presentations at Public Defenders Office's
Articles for Quarterly Newsletters – Forensis Group, Consolidated

**Professional Associations and Achievements**

- IEEE 1972 – 1985- currently not a member
- 1999 "Super Star" award for superior telecommunications design

## Patent Cases in the past 7-10 years:

| Case | **Vanguard Products Group v. Invue Security   DEFENDANT 2020 Active**<br><br>**Patent # 10,043,358   IPR # IPR2020-00069** |
|---|---|
| Client | **Tim F. Williams**<br>Dority & Manning, P.A.<br>Two Liberty Square \| 75 Beattie Place, Suite 1100<br>Greenville, SC 29601 \| USA<br>(864) 271-1592<br>(864) 527-1554 \| direct |
| Subject Matter | Merchandise security systems and methods for displaying and protecting an article of merchandise from theft.  IPR |
| Cause | PTAB Issue |
| Work Product/Service Provided | • Technical analysis of related patents<br>• Prior Art patent searches<br>• Summary in support of validity |

| Case | **Solaredge Technologies v. SMA Solar Technology   DEFENDANT 2019 Active PLAINTIFF in IPR proceedings**<br><br>**Patent # 8,922,048   IPR # IPR2020-00021** |
|---|---|
| Client | Michael Kucher<br>mkucher@slatermatsil.com<br><br>**Slater Matsil, LLP**<br>**17950 Preston Road, Suite 1000**<br>**Dallas, Texas 75252**<br>**(972) 707-9023** | Thomas Eschweiler<br>TEschweiler@epiplaw.com<br><br>**Eschweiler & Potachnik, LLC**<br>**629 Euclid Ave., Suite 1000**<br>**Cleveland, Ohio 44114**<br>**(216) 502-0600** |
| Subject Matter | System, Apparatus and Methods – PV Sub-Generator Box & PV Inverter for a PV System IPR |
| Cause | PTAB Issue |
| Work Product/Service Provided | • Technical analysis of related patents<br>• Prior Art patent searches<br>• Summary in support of validity<br>• Claim construction |
| | |

| Case | **Local Intellegence, LLC v. HTC America, Inc. et al    PLAINTIFF 2018 Active** |
|---|---|
| Client | Nicole D. Galli<br>ndgalli@ndgallilaw.com<br><br>**Law Offices of N.D. Galli LLC<br>2 Penn Center Plaza, Suite 910<br>1500 JFK Blvd<br>Philadelphia, PA 19102** |
| Subject Matter | System, Apparatus and Methods for refreshing a display of a telephone |
| Cause | Patent Infringement |
| Work Product/Service Provided | • Technical analysis of related patents<br>• Claim terms / Claim Construction / Extrinsic Evidence<br>• Declaration in support of Claim Construction briefing |

| Case | **Mobility Workx, LLC v. T-Mobile, et. al    PLAINTIFF   2018 Active** |
|---|---|
| Client | David Skeels<br>dskeels@whitakerchalk.com<br><br>**Whitaker Chalk Swindle & Schwarz PLLC<br>301 Commerce Street, Suite 3500<br>Fort Worth, TX 76102-4186** |
| Subject Matter | System, Apparatus and Methods for proactive allocation of wireless communication resources (Handover procedures) |
| Cause | Patent Infringement |
| Work Product/Service Provided | • Technical analysis of related patents<br>• Claim terms / Claim Construction / Extrinsic Evidence<br>• Declaration in support of Claim Construction briefing |

| Case | **Smart Meter Tech. v. Duke Energy**     **PLAINTIFF**    **2017 Active**<br>**ITRON, Inc. v. Smart Meter Technologies**    **(IPR)**    **DEFENDANT** |
|---|---|
| Client | Rick Sanchez                 Decker A Cammack<br>rsanchez@whitakerchalk.com      cdammack@whitakerchalk.com<br><br>**Whitaker Chalk Swindle & Schwarz PLLC**<br>**301 Commerce Street, Suite 3500**<br>**Fort Worth, TX 76102-4186** |
| Subject Matter | Smart Meter technology<br>Power Supply / Battery backup systems<br>Power line communication – cellular, Wi-F-, PLC |
| Cause | IPR Petition by ITRON for Smart Meter Patent |
| Work Product/Service Provided | • Technical analysis of related patents<br>• Claim terms<br>• Prior Art References<br>• Wrote IPR Declaration |

| Case | **NIC v. Newport Trial Group**          **PLAINTIFF**    **2017 Active** |
|---|---|
| Client | **James M. Sabovich**<br><br>**Callahan & Blaine**<br>**3 Hutton Centre Drive**<br>**Ninth Floor**<br>**Santa Ana, CA 92707** |
| Subject Matter | Location Servers, Data bases, GPS, UMTS, LTE  3GPP Messages<br>Cell Phone Data Records<br>Cell Site Location Sites |
| Cause | Declaration for accuracy & reliability of phone records |
| Work Product/Service Provided | • Technical analysis of records<br>• Wrote Declaration |

| Case | **Nokia Corp. v. Huawei Tech. Co. Ltd.**   **PLAINTIFF**   **2016 Closed** |
|---|---|
| Client | **Scott Stevens**<br>**Scott.Stevens@alston.com**<br><br>Alston & Bird LLP<br>1201 W. Peachtree Street, Atlanta, Georgia 30309<br>(404) 881-7000 |
| Subject Matter | Cellular handover technologies<br>Inter-RAT & idle mode relocation<br>Handover to non-3GPP |
| Cause | Infringement |
| Work Product/Service Provided | • Technical analysis of related patents<br>• Claim terms<br>• Prior Art References |

| Case | **TCL v. Ericsson**   **DEFENDANT**   **2016 Closed** |
|---|---|
| Client | **Lisa Mandrusiak**<br>lmandrusiak@oblon.com<br><br>Oblon, McClelland, Maier & Neustadt, LLP<br>1940 Duke Street, Alexandria, Virginia<br><br>Direct: 703.412.6492 |
| Subject Matter | Location Servers, Data bases, GPS, A-GPS; UMTS, LTE  3GPP Messages<br>Position updating method, user preferences, determinations |
| Cause | IPR Petition by Plaintiff for Defendant's Patent |
| Work Product/Service Provided | • Technical analysis of related patents<br>• Prior Art References<br>• IPR analysis and rebuttal<br>• Wrote (3) IPR Declarations<br>• Validity report |

| Case | COMARCO WIRELESS TECHNOLOGIES, INC. v. Apple Inc.     PLAINTIFF 2015 Closed |
|---|---|
| Client | **Charles Quinn- (Charles Quinn; Ethan R. Fitzpatrick; Glen M Diehl)** CQuinn@grahamcurtin.com <br><br> Charles Quinn; Ethan R. Fitzpatrick; Glen M Diehl <br> GRAHAM CURTIN PA <br> 4 Headquarters Plaza <br> Morristown, NJ 07962-1991 |
| Subject Matter | Charging adaptors & smart cables. |
| Cause | Infringement of patent for smart cables |
| Work Product/Service Provided | <ul><li>Technical analysis of related patents</li><li>Prior Art References</li><li>IPR analysis and rebuttal</li></ul> |

| Case | **Core Wireless v. Apple Inc.     PLAINTIFF     2014 Closed** |
|---|---|
| Client | **Dino Hadzibegovic - (Bunsow De Mory Smith & Allison LLP)** <br><br> dhadzibegovic@bdiplaw.com <br><br> **Bunsow De Mory Smith & Allison LLP** <br> 55 Francisco Street, Suite 600 <br> San Francisco, CA 94133 <br> (415) 426-4735 |
| Subject Matter | Protocols and standards – 3GPP / OMA   GSM, UMTS, LTE <br> Quality Measurement Report protocol (QoS parameters); <br> Dynamic Configurations <br> Handoff / Handover Procedures |
| Cause | Infringement of patent for data transmission |
| Work Product/Service Provided | <ul><li>Technical analysis of related patents</li><li>Prior Art References</li><li>Claim construction</li><li>Validity charts / reports</li><li>Infringement reports</li></ul> |

| | |
|---|---|
| Case | **Skyhook v. Google**  PLAINTIFF  **2014 Settled** |
| Client | **Paul Ehrlich – Tensegrity Law Group LLP**<br><br>paul.ehrlich@tensegritylawgroup.com<br><br>**TENSEGRITY LAW GROUP LLP**<br>555 Twin Dolphin Drive, Suite 360<br>Redwood Shores, CA 94065<br>650-802-6045 (phone)<br>650-802-6001 (fax) |
| Subject Matter | Location Based System and Applications – GPS, A-GPS, Wi-Fi; Server Location Storage Tracking system. Blue-Tooth. Wi-Fi servers, data bases |
| Cause | Infringement of patent |
| Work Product/Service Provided | • Technical analysis of related patents<br>• Prior Art References<br>• Claim construction<br>• Validity charts / reports<br>• Infringement reports |

| | |
|---|---|
| Case | **BookIT v. Google**  PLAINTIFF  **2014 Closed** |
| Client | **Annie Huang – Robins, Kaplan, Miller & Ciresi**<br><br>ahuang@rkmc.com<br><br>**Robins, Kaplan, Miller & Ciresi**<br>**601 Lexington Ave.**<br>New York, NY 10022<br>(212) 980-7438 |
| Subject Matter | SMS Network Architecture & System, Location servers & databases Booking Systems |
| Cause | Infringement of patent |
| Work Product/Service Provided | • Technical analysis of related patents<br>• Prior Art References<br>• Claim construction<br>• Validity charts / reports<br>• Infringement reports |

| Case | **SmartPhone Technologies, Inc. v. HTC Corp.  PLAINTIFF  2013 Settled** |
|---|---|
| Client | **Ed Nelson- (Nelson Bumgardner Casto– Intellectual Property Litigation)**<br><br>enelson@nbclaw.net; tcecil@nbclaw.net<br><br>**Nelson Bumgardner Casto**<br>3131 W. 7th Street, Suite 300<br>Fort Worth, Texas  76107<br>(817) 806-3812 |
| Subject Matter | Telephony Functionality of Smartphone; Synchronization of computers<br>Alternative Network Links; Managing Phone Calls on a PDA; Data Exchange between Computers<br>Handset functionality |
| Cause | Infringement of patents |
| Work Product/Service Provided | • Technical analysis of related patents & review of Nokia patent portfolio<br>• Prior Art References<br>• Claim construction<br>• Validity charts / reports<br>• Infringement reports |

| Case | **SmartPhone Technologies, Inc. v. RIM Corp  PLAINTIFF  2013 Settled** |
|---|---|
| Client | **James C. Hall – (Hays Bostock Cronin LLC)**<br><br>**Hays Bostock Cronin LLC**<br>300 Brickstone Square  Suite 900<br>Andover, MA 01810 |
| Subject Matter | Protocols and Standards – 3GPP / OMA   GSM, UMTS<br>Synchronization methods, communications methods, paging methods<br>Telephony Functionality of Smartphone; Handset functionality |
| Cause | Infringement of patents |
| Work Product/Service Provided | • Technical analysis of related patents & review of Nokia patent portfolio<br>• Prior Art References<br>• Claim construction<br>• Validity charts / reports |

| Case | **Netairus Technologies, LLC v. Apple Inc.     PLAINTIFF     2013 Closed** |
|---|---|
| **Client** | **Marc Lorelli -  (Law Firm –Brooks Kushman P.C.)** <br><br> **mlorelli@brookskushman.com** <br><br> **Brooks Kushman P.C.** <br> 1000 Town Center Drive, 22nd Floor <br> Southfield, MI 48075-1238 <br> (248) 358-4400 |
| **Subject Matter** | Protocols and standards – 3GPP / OMA   GSM, UMTS    UTRAN <br> Wireless Handset Communications System <br> SMS Content; Web based applications |
| **Cause** | Infringement of patent for data transmission / power of transmission |
| **Work Product/Service Provided** | • Technical analysis of related patents and cellular / Wi-Fi networks <br> • Expert report on Infringement <br> • Expert report on Validity <br> • Deposition scheduled |

| Case | **Netairus Technologies, LLC v. Apple Inc.     PLAINTIFF     2013 Closed** |
|---|---|
| Client | **Mark D. Roth -  (Orum & Roth, LLC)** <br><br> markdroth@gmail.com <br><br> **ORUM & ROTH, LLC** <br> 53 West Jackson Blvd. <br> Suite 620 <br> Chicago, Il 60604 <br> 312-922-6262 |
| Subject Matter | Protocols and standards – 3GPP / OMA     GSM, UMTS    UTRAN <br> Wireless Handset Communications System <br> SMS Content; Web based applications |
| Cause | Infringement of patent for data transmission / power of transmission |
| Work Product/Service Provided | • Technical analysis of related patents and cellular / Wi-Fi networks <br> • Expert report on Infringement <br> • Expert report on Validity <br> • Deposition -Nov 3, 2011 <br> • Re-exam of patent → Found valid → 2nd deposition Aug 15, 2013 <br> • Testified in court – Infringement & Validity – Dec. 2013 |

| Case | **2-Way Computing v. Sprint      PLAINTIFF    2010  Closed** |
|---|---|
| Client | **Christina McCullough-  (Knobbe Martens – Intellectual Property Law)** <br><br> christina.mccullough@kmob.com <br><br> **Knobbe Martens** <br> 1420 Fifth Avenue, Suite 3600 <br> Seattle, WA 98101 |
| Subject Matter | Protocols and standards – 3GPP / OMA <br> Computer Station Audio Communications – Blue-Tooth, Wi-Fi. |
| Cause | Infringement of patent |
| Work Product/Service Provided | <ul><li>Technical analysis of related patents</li><li>Claim construction</li></ul> |

| Case | **Plant Eq. (Cassidian Communications) v Intrado  PLAINTIFF  2012 Closed** |
|---|---|
| Client | **Matt Greinert -  (Dewey & LeBoeuf)** <br><br> mgreinert@dl.com <br><br> **Dewey & LeBoeuf** <br> One Montgomery Street, Suite 3500 <br> San Francisco, CA 94104 <br> (415) 951-1100 |
| Subject Matter | Protocols and standards – 3GPP / OMA <br> Emergency systems - 911 |
| Cause | Infringement of patent |
| Work Product/Service Provided | <ul><li>Technical analysis of related patents</li><li>Review of infringing products</li><li>Claim construction</li></ul> |

| Case | **KARL v. Purple Tree Technologies , Inc.  DEFENDANT  2012 Closed** |
|---|---|
| Client | **Richard Brophy- (Armstrong Teasdale, LLP– Intellectual Property Litigation)**<br><br>**Armstrong Teasdale LLP**<br>7700 Forsyth Blvd.<br>Suite 1800<br>St. Louis, MO 63105 |
| Subject Matter | Patent Infringement<br>Transmission technologies – CDMA/ UMTS |
| Cause | Infringement of patent |
| Work Product/Service Provided | • Technical analysis of related patents<br>• Review of infringing products<br>• Review routers/servers, security, backup files<br>• Prior Art review / Claim construction |

| Case | **Barry Rosen v. Global Net Access  DEFENDANT        2012 Jury Trial - Closed** |
|---|---|
| Client | **Jeffrey Cohen– Cohen & Richardson, P.C.**<br><br>**Jeffrey Cohen**<br>Cohen & Richardson, P.C.<br>2321 Rosecrans Ave., Suite 4210<br>El Segundo, CA 90245 |
| Subject Matter | Copyright Infringement |
| Cause | Infringement of copyright pictures |
| Work Product/Service Provided | • Technical analysis of related media and technology<br>• Review routers/servers, security measures, backup files<br>• Industry analysis of transmission means<br>• Expert report<br>• Deposition August 31, 2011<br>• Trial testimony  August 01, 2012 |

| Case | **Motorola Mobility, Inc. v. Apple Inc.   PLAINTIFF  2012 Closed** |
|---|---|
| Client | **Quinn Emanuel Urquhart & Sullivan, LLP**<br><br>500 W. Madison Street, Suite 2450<br>Chicago, Illinois 60661-2510<br>(312) 463-2961 |
| Subject Matter | Protocols and standards – Network |
| Cause | Infringement of patent |
| Work Product/Service Provided | • Technical analysis of related patents |

| Case | **Microsoft Corp. v. Motorola Mobility, Inc. DEFENDANT  2012 Closed** |
|---|---|
| Client | **Tim Whitfield – (Powell Gilbert, LLP)**<br><br>Powell Gilbert, LLP<br>85 Fleet Street<br>London, UK<br>+44 20 3040 8032 |
| Subject Matter | Protocols and standards – Network |
| Cause | Infringement of patent |
| Work Product/Service Provided | • Technical analysis of related patents |

| Case | **Cellular Trace LLC v. AT&T, T-Mobile et al    PLAINTIFF  2010 – 2011 Settled** |
|---|---|
| Client | **Decker Cammack Esq. (Law Firm – Nelson Bumgardner Casto, P.C.)** <br> dcammack@nbclaw.net <br><br> **Nelson Bumgardner Casto, P.C.** <br> 3131 West 7th St. Suite 300 <br> Fort Worth, TX 76112 <br> (817) 377-3490 |
| Subject Matter | Protocols and standards – 3GPP / OMA <br> SMS, MMS Messaging techniques <br> WAP messages |
| Cause | Infringement of patent(s) for SMS Messaging technology |
| Work Product/Service Provided | <ul><li>Technical analysis of related patents and SMS Messaging protocols</li><li>Review of SMS,WAP,MMS standards</li><li>Expert report of infringement / validity</li><li>Analysis / testing of infringing cell phone products</li></ul> |

| Case | **Cellular Trace LLC v. Metro PCS      PLAINTIFF  2010 – 2011  Settled** |
|---|---|
| Client | **Decker Cammack Esq. (Law Firm – Nelson Bumgardner Casto, P.C.)** <br> dcammack@nbclaw.net <br><br> **Nelson Bumgardner Casto, P.C.** <br> 3131 West 7th St. Suite 300 <br> Fort Worth, TX 76112 <br> (817) 377-3490 |
| Subject Matter | Protocols and standards – 3GPP / OMA <br> SMS, MMS Messaging techniques <br> WAP messages |
| Cause | Infringement of patent(s) for SMS Messaging technology |
| Work Product/Service Provided | <ul><li>Technical analysis of related patents and SMS Messaging protocols</li><li>Review of SMS,WAP,MMS standards</li><li>Expert report of infringement / validity</li><li>Analysis / testing of infringing cell phone products</li></ul> |

| Case | **U.S. Pat 7,209,950  Due Diligence    PLAINTIFF    2011 Closed** |
|------|------|
| Client | **Michell S. Rosenfeld  (Pluritas –Experts in Transacting IP)**<br><br>mitch@pluritas.com<br><br>**Pluritas –Experts in Transacting IP**<br>201 California Street – Suite 650<br>San Francisco, CA 94111 |
| Subject Matter | Inter-carrier SMS/MMS Reformatting |
| Cause | Possible Infringement of patent |
| Work Product/Service Provided | • Technical analysis of patent & technology<br>• Technical report |

| Case | **Wi-LAN, Inc. v. Westell Technologies, Inc. et al.  DEFENDANT 2009-2010  Settled** |
|------|------|
| Client | **Michael Spillner- Partner  (Law Firm – Orrick, Herrington & Sutcliffe LLP)**<br>mspillner@orrick.com<br><br>**Orrick**<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>(650) 614-7400 |
| Subject Matter | ADSL line powered product (L0, L2,L3 Techniques) |
| Cause | Infringement of patent for ADSL technologies |
| Work Product/Service Provided | • Technical analysis of related patents and ADSL technology<br>• Industry analysis of products<br>• Prior art searches<br>• Claims analysis / claim charts<br>• Expert report of Invalidity |

**Cell Phone Forensics – GPS, CDR Analysis & Mapping (Criminal Cases)**

- **Over 50 cases involving criminal activity – robbery, murder**
- **Testified in court or deposition over 20 times**
- **Use of GPS / A-GPS to track cellular devices**

**Cell Phone Forensics – GPS, CDR Analysis & Mapping (Non-Criminal Cases)**

- **Over 20 cases involving lawsuits, car accidents, harassment, divorce**
- **Testified in court or deposition over 10 times**
- **Use of GPS / A-GPS to track cellular devices**

**Other Cases (Not Involving Cell Phones)**

- **Over 15 cases involving Class Action Lawsuits (Apple Inc.), liability cases, manufacturing, counterfeit product analysis**

- **Testified in court or deposition over 10 times**

**Class Action Lawsuit (Apple Inc.)** - Apple iPOD earbuds & earphones (testing & analysis) – Plaintiff

**Class Action Lawsuit (Apple Inc.)** - Apple iPhone touchscreen components (testing & analysis) - Plaintiff

**Sleek Audio v. Curtis Jackson** – Headphones – Wi-Fi, Defendant alleged to have copied the Plaintiff's design

**M2 Enterprises** – involving analysis of BOISE headphones (determine if counterfeit)

**Forward v. Sansonic** – Manufacturing case involving testing, design review of TV Desk Top products & headphones - Defendant

**State Farm General Insurance v. Atomi Inc**. – Defendant

**State Farm General Insurance v. Best Case Accessories** – Defendant\

**Regents of The University of California v. The Electric Heater Company** - Defendant

**PacBell v. Phase 3** – Liability case involving telecommunications cables – Defendant

**PacBell v. Griffith** – Liability case involving telecommunications cables – Defendant

**PacBell v. Pile Foundation** - Liability case involving telecommunications cables – Defendant

**Verizon v. Community Central Energy** –         Case involving liability for cable damage / installation / design – Defendant

**Auburn Lake Trail POA v. R&S Gates** –         POA suing R&S Gates for faulty telephone equipment installation.

**John Fieldman v. ATT** – E911 failure resulting in death and destructive fire. Repeater equipment failure - Defendant

**Nokia Siemens Networks v. CarrierComm** – involving analyzing microwave IDU / ODU and performance

**Rosen v. GNAX** – Electronic discovery issue using FAX and email transmissions – Defendant

**Miles v. Matsushige** – Water damage to electronic equipment – replacement value analysis – Defendant

**Pacific Bell v. Tupent** – Damage to electrical splice box – estimate of repair for insurance co. – Defendant

**Whizz Systems v. KK Builders** – Damage to AMS Antenna Measurement System from water leak - Defendant