**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| KAIFI LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS INC.;<br>CELLCO PARTNERSHIP D/B/A VERIZON<br>WIRELESS; VERIZON SERVICES CORP.;<br>VERIZON ENTERPRISE SOLUTIONS, LLC;<br>VERIZON BUSINESS GLOBAL LLC;<br>VERIZON BUSINESS NETWORK<br>SERVICES, LLC; VERIZON CORPORATE<br>SERVICES GROUP INC.; VERIZON DATA<br>SERVICES, LLC; VERIZON MEDIA INC.;<br>and VERIZON ONLINE, LLC,<br><br>    Defendants. | Case No. 2:20-CV-280- JRG<br><br>JURY TRIAL DEMANDED |

**AGREED MOTION FOR EXTENSION TO COMPLY WITH P.R. 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

      Plaintiff KAIFI LLC respectfully requests that the Court extend the deadline to comply with P.R. 4-5(d) Joint Claim Construction Chart, and would show the court the following:

      The current deadline to comply with P.R. 4-5(d) is Monday, May 31, 2021. Plaintiff respectfully requests the deadline be extended from Memorial Day to the following day, June 1, 2021. Counsel for Plaintiff has conferred with counsel for Defendants, and the Defendants are agreeable to the relief requested in this motion. This extension is sought not for delay only but that justice may be done.

      Accordingly, Plaintiff requests that the Court extend the deadline to comply with P.R. 4-

1

5(d) by one day up to and including June 1, 2021.

        Respectfully submitted,

        */s/ Robert Christopher Bunt*

        Enoch H. Liang
        Cal. Bar No. 212324 (admitted in E.D. Texas)
        Michael J. Song
        Cal. Bar No. 243675 (admitted in E.D. Texas)

        LTL ATTORNEYS LLP
        300 S. Grand Ave., 14th Fl.
        Los Angeles, California 90071
        Telephone: (213) 612-8900
        Facsimile: (213) 612-3773
        Email: enoch.liang@ltlattorneys.com
        Email: michael.song@ltlattorneys.com

        Robert Christopher Bunt
        Texas Bar No. 00787165
        PARKER, BUNT & AINSWORTH PC
        100 E. Ferguson St., Suite 418
        Tyler, Texas 75702
        Telephone: (903) 531-3535
        Email: rcbunt@pbatyler.com

        *Attorneys for Plaintiff KAIFI LLC*

**CERTIFICATE OF SERVICE**

  I certify that the foregoing document was filed electronically on May 28, 2021 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

            */s/Robert Christopher Bunt*
            Robert Christopher Bunt

**CERTIFICATE OF CONFERENCE**

  I certify that counsel for the parties have complied with the meet and confer requirement in Local Rule CV-7(h) and file this motion as agreed.

            */s/Robert Christopher Bunt*
            Robert Christopher Bunt