# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC § | |
| § | |
| v. § | Case No. 2:20-CV-0280-JRG |
| § | |
| VERIZON COMMUNICATIONS, INC., ET AL. § § | |

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
June 3, 2021

**OPEN:   9:03 am**                                                      **ADJOURN: 12:15 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| TECHNICAL ADVISOR: | Scott Woloson |
| LAW CLERK: | Daniel Shuminer |
| COURT REPORTER: | Susan Zielie |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened.  Case called.  Chris Bunt announced ready and introduced co-counsel.  Tom Gorham announced ready for T-Mobile and introduced co-counsel.  Deron Dacus announced ready for Verizon and introduced co-counsel.

The Court heard argument on a term by term basis.  Jason Sheasby presented argument on behalf of Plaintiff.  Kate Dominguez, Deron Dacus, Rob Vincent and Glenn Richeson presented argument on behalf of Defendants.

The Court took the claim construction matters under submission.