# ATTORNEY SIGN-IN SHEET

**Judge Roy S. Payne**
**2:20-CV-0280-JRG (Referred to RSP for Markman only)**
**KAIFI LLC v. Verizon Communications, Inc., et al.**
**June 3, 2021 9:00 am**

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| CHRIS BUNT | π |
| JASON SHEASBY | π |
| Glenn Richeson | Verizon |
| Bukola Landis | Verizon client rep |
| Deron Dacus | Verizon |
| Bob Vincent | TMobile |
| Sarah Kalemeris | TMO client rep |
| Lee Lauridsen | TMO client rep |
| Tom Gorham | TMO |
| ANDREW CHOUNG | π |
| | |
| | |
| | |
| | |
| | |
| | |
| | |