# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CELLCO PARTNERSHIP D/B/A<br>VERIZON WIRELESS, ET AL.<br><br>    Defendants. | Case No. 2:20-cv-00280-JRG<br><br>JURY TRIAL DEMANDED<br><br>Honorable Rodney Gilstrap |

## JOINT NOTICE REGARDING MEDIATION

Pursuant to the Court's Docket Control Order, undersigned counsel inform the Court that the parties have discussed potential mediation of this dispute. The parties have agreed to mediate and are checking with Judge Folsom to determine availability and possibly scheduling a mediation.

Date:  August 3, 2021

/s/ Robert Christopher Bunt
Robert Christopher Bunt
Texas Bar No. 00787165
PARKER, BUNT & AINSWORTH PC
100 E. Ferguson St., Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535
Email: rcbunt@pbatyler.com

Jason G. Sheasby
Cal. Bar No. 205455 (admitted *pro hac vice*)
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
Telephone: 310.277-1010
Facsimile: 310-203-7199
Email: jsheasby@irell.com

Enoch H. Liang
Cal. Bar No. 212324 (admitted in E.D. Texas)
Prashanth Chennakesavan
Cal. Bar No. 284022 (*pro hac vice*)
LTL ATTORNEYS LLP
300 S. Grand Ave., 14th Fl.
Los Angeles, California 90071
Telephone:  (213) 612-8900
Facsimile:   (213) 612-3773
Email: enoch.liang@ltlattorneys.com
Prashanth.chennakesavan@ltlattorneys.com

*Attorneys for Plaintiff KAIFI LLC*

*/s/ Kevin P. Anderson (with permission)*
Deron R. Dacus
The Dacus Firm, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903)-581-2543
ddacus@dacusfirm.com

**DUANE MORRIS LLP**

Kevin P. Anderson
KPAnderson@duanemorris.com
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7851
Facsimile: (202) 478-2620

Alice Snedeker
AESnedeker@duanemorris.com
Glenn D. Richeson
gdricheson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, Suite 2000
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served via electronic mail on August 3, 2021 to all opposing counsel of record.

*/s/ Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT
