# Exhibit C



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2020

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81 [1] ..............................................................   14185
    a. By patent owner                                                3954   27.9%
    b. by other member of the public                                10056   70.9%
    c. By order of Commissioner                                      175    1.2%

2. Number of Filings by discipline
    a. Chemical Operation                                            3843   27.1%
    b. Electrical Operation                                          5279   37.2%
    c. Mechanical Operation                                          4790   33.8%
    d. Design Patents                                                273    1.9%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | 2020 | 198 |

4. Number known to be in litigation ...............................................................................   5428   38.3%

5. Decisions on requests [2] .................................................................................   14185
    a. No. granted                                                   13082   92.2%
        (1) By examiner                                          12888
        (2) By Director (on petition)                            194
    b. No. denied                                                    1183   8.3%
        (1) By examiner                                          1103
        (2) Reexam vacated                                       80

6. Total examiner denials (includes denials reversed by Director) ....................................   1103
    a. Patent owner requester                                        525    47.6%
    b. Third party requester                                         578    52.4%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020

7. Overall reexamination pendency (Filing date to certificate issue date)........................
     a. Average pendency      25.7 (mos.)
     b. Median pendency      19.3 (mos.)

8. Reexam certificate claim analysis:[3]

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 14% | 0% | 20.9% | 2672 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 13.1% | 1668 |
| c. Certificates with claims changes | 22% | 44% | 1% | 66.0% | 8424 |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………… 12764

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER     3960
        a. All claims confirmed     809   20.4%
        b. All claims canceled     396   10.0%
        c. Claims changed     2755   69.6%
    b. Certificates – 3rd PARTY REQUESTER     8630
        a. All claims confirmed     1846   21.4%
        b. All claims canceled     1226   14.2%
        c. Claims changed     5558   64.4%
    c. Certificates – COMMISSIONER INITIATED REEXAM     174
        a. All claims confirmed     17   9.8%
        b. All claims canceled     46   26.4%
        c. Claims changed     111   63.8%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.
3 Historic certificates were reviewed and the data in items 8-10 reflects the outcome of the review to the extent the data is available as of Oct 1, 2020



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2019

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81.………………………………………………….... 13987
    a. By patent owner      3919   28%
    b. by other member of the public      9893   71%
    c. By order of Commissioner      175   1%

2. Number of Filings by discipline
    a. Chemical Operation      3791   27%
    b. Electrical Operation      5214   37%
    c. Mechanical Operation      4732   34%
    d. Design Patents      250   2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | | |

4. Number known to be in litigation……………………………………………………………………….... 1938   14%

5. Decisions on requests [2] ……………………………………………………………………. 14130
    a. No. granted      12905   91%
        (1) By examiner      12718
        (2) By Director (on petition)      187
    b. No. denied      1277   9%
        (1) By examiner      1225
        (2) Reexam vacated      52

6. Total examiner denials (includes denials reversed by Director)………………………….... 1226
    a. Patent owner requester      524   43%
    b. Third party requester      702   57%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date).......................
    a. Average pendency                                                         25.8  (mos.)
    b. Median pendency                                                          19.4  (mos.)

8. Total ex parte reexamination certificates issued (1981 - present)...................        11980

|  | Owner Requester | 3rd Party Requester | Comm'r Initiate |  | Overall | Numbers |
|---|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 15% | 0% |  | 20.7% | 2480 |
| b. Certificates with all claims canceled | 3% | 10% | 0% |  | 12.7% | 1517 |
| c. Certificates with claims changes | 19% | 46% | 1% |  | 66.6% | 7983 |

9. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
        a. Certificates – PATENT OWNER REQUESTER                       3325
                a. All claims confirmed              693       21%
                b. All claims canceled               300        9%
                c. Claims changed                   2332       70%
        b. Certificates – 3rd PARTY REQUESTER                         8481
                a. All claims confirmed             1769       21%
                b. All claims canceled              1170       14%
                c. Claims changed                   5542       65%
        c. Certificates – COMMISSIONER INITIATED REEXAM               174
                a. All claims confirmed               18       10%
                b. All claims canceled                47       27%
                c. Claims changed                    109       63%

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2018

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81.............................................................. 14005
    a. By patent owner 4137 30%
    b. by other member of the public 9825 70%
    c. By order of Commissioner 43 0%

2. Number of Filings by discipline
    a. Chemical Operation 3782 27%
    b. Electrical Operation 5270 38%
    c. Mechanical Operation 4717 34%
    d. Design Patents 236 2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 225 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 189 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | 2018 | 189 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation............................................................................. 4731 34%

5. Decisions on requests............................................................................. 13178
    a. No. granted 12042 91%
        (1) By examiner 11891
        (2) By Director (on petition) 151
    b. No. denied 1136 9%
        (1) By examiner 1089
        (2) Reexam vacated 47

6. Total examiner denials (includes denials reversed by Director).................................... 2272
    a. Patent owner requester 586 26%
    b. Third party requester 1686 74%

7. Overall reexamination pendency (Filing date to certificate issue date)........................
    a. Average pendency 27.7 (mos.)
    b. Median pendency 19.8 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All claims canceled | 3% | 10% | 0% | | 12% |
| c. Claims changed | 20% | 47% | 0% | | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3337 |
| a. All claims confirmed | 690 | 21% |
| b. All claims canceled | 293 | 9% |
| c. Claims changed | 2313 | 69% |
| b. Certificates – 3rd PARTY REQUESTER | | 8362 |
| a. All claims confirmed | 1681 | 20% |
| b. All claims canceled | 1062 | 13% |
| c. Claims changed | 5174 | 62% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All claims canceled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2017

| | | |
|---|---|---|
| 1. Total requests filed since start of *Ex Parte* reexam on 07/01/81................................................ | 13641 | |
| a. By patent owner | 3912 | 29% |
| b. by other member of the public | 9686 | 71% |
| c. By order of Commissioner | 43 | 0% |

| | | |
|---|---|---|
| 2. Number of Filings by dicipline | | |
| a. Chemical Operation | 3670 | 27% |
| b. Electrical Operation | 5148 | 38% |
| c. Mechanical Operation | 4596 | 34% |
| d. Design Patents | 227 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

| | | |
|---|---|---|
| 4. Number known to be in litigation......................................................................... | 4648 | 34% |

| | | |
|---|---|---|
| 5. Decisions on requests............................................................................... | 13147 | |
| a. No. granted | 12047 | 92% |
| (1) By examiner | 11913 | |
| (2) By Director (on petition) | 134 | |
| b. No. denied | 1100 | 8% |
| (1) By examiner | 1054 | |
| (2) Reexam vacated | 46 | |

| | | |
|---|---|---|
| 6. Total examiner denials (includes denials reversed by Director).................................. | 1056 | |
| a. Patent owner requester | 494 | 47% |
| b. Third party requester | 562 | 53% |

| | | |
|---|---|---|
| 7. Overall reexamination pendency (Filing date to certificate issue date)........................ | | |
| a. Average pendency | 26.4 (mos.) | |
| b. Median pendency | 19.4 (mos.) | |

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 46% | 0% | | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………   11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3296 |
| a. All claims confirmed | 690 | 21% |
| b. All calims cancled | 293 | 9% |
| c. Claims changed | 2313 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7917 |
| a. All claims confirmed | 1681 | 21% |
| b. All calims cancled | 1062 | 13% |
| c. Claims changed | 5174 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All calims cancled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2016

1. Total requests filed since start of *Ex Parte reexam* on 07/01/81.................................................................. 13450

    a. By patent owner      3887    29%

    b. by other member of the public      9520    71%

    c. By order of Commissioner      43    0%

2. Number of Filings by dicipline

    a. Chemical Operation      3632    27%

    b. Electrical Operation      5085    38%

    c. Mechanical Operation      4521    34%

    d. Design Patents      212    2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2015 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation........................................................................................... 4350    32%

5. Decisions on requests.......................................................................................... 12929

    a. No. granted      11835    92%

        (1) By examiner      11704

        (2) By Director (on petition)      131

    b. No. denied      1094    8%

        (1) By examiner      1048

        (2) Reexam vacated      46

6. Total examiner denials (includes denials reversed by Director)..................................... 1048

    a. Patent owner requester      492    47%

    b. Third party requester      556    53%

7. Overall reexamination pendency (Filing date to certificate issue date)........................

    a. Average pendency      25.77 (mos.)

    b. Median pendency      20.2 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 45% | 0% | | 66% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 10979

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2337 | 21% |
| b. Certificates with all claims canceled | 1339 | 12% |
| c. Certificates with claims changes | 7303 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3270 |
| a. All claims confirmed | 685 | 21% |
| b. All calims cancled | 291 | 9% |
| c. Claims changed | 2294 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7519 |
| a. All claims confirmed | 1631 | 22% |
| b. All calims cancled | 999 | 13% |
| c. Claims changed | 4889 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All calims cancled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte*  Reexamination Filing Data - September 30, 2015

1. Total requests filed since start of *Ex Parte reexam on 07/01/81*..............................................................    13136
     a. By patent owner                                            3957    30%
     b. by other member of the public                             9014    69%
     c. By order of Commissioner                                   165     1%

2. Number of Filings by dicipline
     a. Chemical Operation                                        3569    27%
     b. Electrical Operation                                      5265    40%
     c. Mechanical Operation                                      4418    34%
     d. Design Patents                                            220     2%

3. Annual *Ex Parte*  Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 296 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | 2014 | 342 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | 2015 | 240 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation.................................................................................    4819    37%

5. Decisions on requests.................................................................................    12641
     a. No. granted                                               11623   92%
        (1) By examiner                                       11492
        (2) By Director (on petition)                         131
     b. No. denied                                                1018    8%
        (1) By examiner                                       980
        (2) Reexam vacated                                    38

6. Total examiner denials (includes denials reversed by Director)...................................    1118
     a. Patent owner requester                                    496     44%
     b. Third party requester                                     622     56%

7. Overall reexamination pendency (Filing date to certificate issue date).......................
     a. Average pendency                                          26.5 (mos.)
     b. Median pendency                                          19.6 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 45% | 1% | | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ........................... 10951

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2331 | 21% |
| b. Certificates with all claims canceled | 1334 | 12% |
| c. Certificates with claims changes | 7286 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3268 |
| a. All claims confirmed | 685 | 21% |
| b. All calims cancled | 291 | 9% |
| c. Claims changed | 2292 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7513 |
| a. All claims confirmed | 1628 | 22% |
| b. All calims cancled | 998 | 13% |
| c. Claims changed | 4887 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 170 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 45 | 26% |
| c. Claims changed | 107 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2014

1. Total requests filed since start of *Ex Parte reexam on 07/01/81*................................................................ 13217

    a. By patent owner                                                   3833      29%

    b. by other member of the public                           9217      70%

    c. By order of Commissioner                                  167       1%


2. Number of Filings by dicipline

    a. Chemical Operation                                            3516      27%

    b. Electrical Operation                                           5167      39%

    c. Mechanical Operation                                       4330      33%

    d. Design Patents                                                  204       2%


3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | 2014 | 343 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |


4. Number known to be in litigation.............................................................................. 4362      33%


5. Decisions on requests........................................................................ 12429

    a. No. granted                                                     11402     92%

        (1) By examiner                                          11271

        (2) By Director (on petition)                        131

    b. No. denied                                                       1027      8%

        (1) By examiner                                          990

        (2) Reexam vacated                                   37


6. Total examiner denials (includes denials reversed by Director).................................... 1067

    a. Patent owner requester                                      665       62%

    b. Third party requester                                         621       58%


7. Overall reexamination pendency (Filing date to certificate issue date).......................

    a. Average pendency                                            22.3 (mos.)

    b. Median pendency                                            15.9 (mos.)


1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 22% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 44% | 1% | | 66% |

9. Total ex parte reexamination certificates issued (1981 – present) ......................... 10698

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2303 | 22% |
| b. Certificates with all claims canceled | 1301 | 12% |
| c. Certificates with claims changes | 7094 | 66% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3256 |
| a. All claims confirmed | 685 | 21% |
| b. All calims cancled | 289 | 9% |
| c. Claims changed | 2282 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7272 |
| a. All claims confirmed | 1600 | 22% |
| b. All calims cancled | 967 | 13% |
| c. Claims changed | 4705 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 170 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 45 | 26% |
| c. Claims changed | 107 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2013

1. Total requests filed since start of *Ex Parte reexam on 07/01/81*……………………………      12874
     a. By patent owner      3833    30%
     b. by other member of the public      8874    69%
     c. By order of Commissioner      167    1%

2. Number of Filings by dicipline
     a. Chemical Operation      3435    27%
     b. Electrical Operation      5001    39%
     c. Mechanical Operation      4234    33%
     d. Design Patents      204    2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos. | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | | |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation……………………………      4167    32%

5. Decisions on requests……………………………      12016
     a. No. granted      11013    92%
         (1) By examiner      10891
         (2) By Director (on petition)      122
     b. No. denied      1003    8%
         (1) By examiner      968
         (2) Reexam vacated      35

6. Total examiner denials (includes denials reversed by Director)……………………………      1067
     a. Patent owner requester      498    47%
     b. Third party requester      606    57%

7. Overall reexamination pendency (Filing date to certificate issue date)
     a. Average pendency      27.8 (mos.)
     b. Median pendency      20.1 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requeste | 3rd Party Requeste | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All calims cancled | 3% | 8% | 0% | 11% |
| c. Claims changed | 21% | 40% | 1% | 62% |

9. Total ex parte reexamination certificates issued (1981 – present) ..................... 9991

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2241 | 22% |
| b. Certificates with all claims canceled | 1205 | 12% |
| c. Certificates with claims changes | 6545 | 66% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3279 |
| a. All claims confirmed | 682 | 21% |
| b. All calims cancled | 283 | 9% |
| c. Claims changed | 2239 | 68% |
| b. Certificates – 3rd PARTY REQUESTER | | 7174 |
| a. All claims confirmed | 1541 | 21% |
| b. All calims cancled | 882 | 12% |
| c. Claims changed | 4201 | 59% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 164 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 40 | 24% |
| c. Claims changed | 105 | 64% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte*  Reexamination Filing Data - September 30, 2012

1. Total requests filed since start of *ex parte reexam on 07/01/81*.....................................   12569
      a. By patent owner                                                                           3872    31%
      b. by other member of the public                                                   8532    68%
      c. By order of Commissioner                                                          165     1%


2. Number a. Chemical Operation                                                                          3373    27%
      b. Electrical Operation                                                                       4831    38%
      c. Mechanical Operation                                                                    4178    33%
      d. Design Patents                                                                               187     1%


3. Annual *Ex Parte*  Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 788 |


4. Number known to be in litigation...................................................................   3994    32%


5. Decisions on requests...................................................................................   11737
      a. No. granted..........................................................................   10755    92%
          (1) By examiner                                                                    10762
          (2) By Director (on petition)                                               122
      b. No. denied..............................................................................   982     8%
          (1) By examiner                                                                    961
          (2) Reexam vacated                                                         35
6. Total examiner denials (includes denials reversed by Director)...................................   1078
      a. Patent owner requester                                                                496     46%
      b. Third party requester                                                                    582     54%


7. Overall reexamination pendency (Filing date to certificate issue date)
      a. Average pendency                                                                         27.9    (mos.)
      b. Median pendency                                                                          20.5    (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 21% | 22% | 11% | | 21% |
| b. All calims cancled | 8% | 12% | 24% | | 11% |
| c. Claims changed | 71% | 66% | 65% | | 68% |

9. Total ex parte reexamination certificates issued (1981 – present) ...........................  9328

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2029 | 22% |
| b. Certificates with all claims canceled | 1063 | 11% |
| c. Certificates with claims changes | 6236 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3176 |
| a. All claims confirmed | 669 | 21% |
| b. All calims cancled | 280 | 9% |
| c. Claims changed | 2227 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 6026 |
| a. All claims confirmed | 1348 | 22% |
| b. All calims cancled | 745 | 12% |
| c. Claims changed | 3933 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 164 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 38 | 23% |
| c. Claims changed | 108 | 66% |



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
**www.uspto.gov**

_Ex Parte_ Reexamination Filing Data  -  September 30, 2011

1.   Total requests filed since start of _ex parte_ reexam on 07/01/81....................................11782[1]

    a.  By patent owner                              3801           33%
    b.  By other member of public                    7815           66%
    c.  By order of Commissioner                      166            1%

2.   Number of filings by discipline

    a.  Chemical Operation                           3211           27%
    b.  Electrical Operation                         4405           37%
    c.  Mechanical Operation                         3987           34%
    d.  Design Patents                                179            2%

3.   Annual _Ex Parte_ Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.   Number known to be in litigation…………...…….……….................... .3894……………33%

5.   Decisions on requests…………………………………………………………………...11262

    a.  No. granted……………………………………………… 10333…………...92%

        (1)  By examiner                                10213
        (2)  By Director (on petition)                   120

    b.  No. denied ……………………………………………………929…………….....8%

        (1)  By examiner                                 894
        (2)  Reexam vacated                               35

---

[1]Of the requests received in FY 2011, 22 requests have not yet been accorded a filing date, and preprocessing of
35 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date
Requirements for _Ex Parte_ and _Inter Partes_ Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.   Total examiner denials (includes denials reversed by Director)…………........................1014

    a.   Patent owner requester                         476       47%
    b.   Third party requester                          538       53%

7.   Overall reexamination pendency (Filing date to certificate issue date)

    a.   Average pendency                       25.6 (mos.)
    b.   Median pendency                        19.9 (mos.)

8.   Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 21% | 24% | 11% | 23% |
| b. | All claims cancelled | 9% | 12% | 23% | 11% |
| c. | Claims changes | 70% | 64% | 66% | 66% |

9.   Total *ex parte* reexamination certificates issued (1981 – present) ………………………8578

    a.   Certificates with all claims confirmed          1943      23%
    b.   Certificates with all claims canceled           974      11%
    c.   Certificates with claims changes             5661      66%

10.   Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.   Certificates – PATENT OWNER REQUESTER ………………………………..3040

        (1)  All claims confirmed             651      21%
        (2)  All claims canceled             264      9%
        (3)  Claim changes                2125      70%

    b.   Certificates – 3rd PARTY REQUESTER ……………………………………..5380

        (1)  All claims confirmed          1274      24%
        (2)  All claims canceled           674      12%
        (3)  Claim changes            3432      64%

    c.   Certificates – COMMISSIONER INITIATED REEXAM …………..………....158

        (1)  All claims confirmed            18      11%
        (2)  All claims canceled            36      23%
        (3)  Claim changes            104      66%



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

### _Ex Parte_ Reexamination Filing Data  -  September 30, 2010

1.   Total requests filed since start of _ex parte_ reexam on 07/01/81................................. 11023[1]

|     |                             |      |     |
| --- | --------------------------- | ---- | --- |
| a.  | By patent owner             | 3697 | 34% |
| b.  | By other member of public   | 7161 | 65% |
| c.  | By order of Commissioner    | 165  | 1%  |

2.   Number of filings by discipline

|     |                      |      |     |
| --- | -------------------- | ---- | --- |
| a.  | Chemical Operation   | 3068 | 28% |
| b.  | Electrical Operation | 4010 | 36% |
| c.  | Mechanical Operation | 3771 | 34% |
| d.  | Design Patents       | 174  | 2%  |

3.   Annual _Ex Parte_ Reexam Filings

| Fiscal Yr. | No.          | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
| ---------- | ------------ | ---------- | --- | ---------- | --- | ---------- | --- |
| 1981       | 78 (3 mos.)  | 1989       | 243 | 1997       | 376 | 2005       | 524 |
| 1982       | 187          | 1990       | 297 | 1998       | 350 | 2006       | 511 |
| 1983       | 186          | 1991       | 307 | 1999       | 385 | 2007       | 643 |
| 1984       | 189          | 1992       | 392 | 2000       | 318 | 2008       | 680 |
| 1985       | 230          | 1993       | 359 | 2001       | 296 | 2009       | 658 |
| 1986       | 232          | 1994       | 379 | 2002       | 272 | 2010       | 780 |
| 1987       | 240          | 1995       | 392 | 2003       | 392 |            |     |
| 1988       | 268          | 1996       | 418 | 2004       | 441 |            |     |

4.   Number known to be in litigation………...….…….................. .3568……………32%

5.   Decisions on requests……………………………………………………………..10495

a.   No. granted……………………………………………… …9648…………....92%

|     |                             |      |
| --- | --------------------------- | ---- |
| (1) | By examiner                 | 9534 |
| (2) | By Director (on petition)   | 114  |

b.   No. denied …………………………………………………847…………......8%

|     |                 |     |
| --- | --------------- | --- |
| (1) | By examiner     | 812 |
| (2) | Reexam vacated  | 35  |

---

[1]Of the requests received in FY 2010, 16 requests have not yet been accorded a filing date, and preprocessing of 80 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for _Ex Parte_ and _Inter Partes_ Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6. Total examiner denials (includes denials reversed by Director)…………........................926

    a. Patent owner requester            451      49%
    b. Third party requester             475      51%

7. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency             25.5 (mos.)
    b. Median pendency             20.0 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 22% | 25% | 12% | 23% |
| b. All claims cancelled | 8% | 13% | 23% | 12% |
| c. Claims changes | 70% | 62% | 65% | 65% |

9. Total *ex parte* reexamination certificates issued (1981 – present) ………………………7782

    a. Certificates with all claims confirmed      1817      23%
    b. Certificates with all claims canceled      893      12%
    c. Certificates with claims changes      5072      65%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER …………………………………2947

        (1) All claims confirmed      638      22%
        (2) All claims canceled      251      8%
        (3) Claim changes      2058      70%

    b. Certificates – 3rd PARTY REQUESTER …………………………………………4681

        (1) All claims confirmed      1161      25%
        (2) All claims canceled      607      13%
        (3) Claim changes      2913      62%

    c. Certificates – COMMISSIONER INITIATED REEXAM …………..………....154

        (1) All claims confirmed      18      12%
        (2) All claims canceled      35      23%
        (3) Claim changes      101      65%



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

_Ex Parte_ Reexamination Filing Data  -  September 30, 2009

1.  Total requests filed since start of *ex parte* reexam on 07/01/81...................................10243[1]

|   |                                | | |
|---|--------------------------------|------|-----|
| a. | By patent owner               | 3634 | 35% |
| b. | By other member of public     | 6444 | 63% |
| c. | By order of Commissioner      | 165  | 2%  |

2.  Number of filings by discipline

|   |                      | | |
|---|----------------------|------|-----|
| a. | Chemical Operation   | 2931 | 29% |
| b. | Electrical Operation | 3596 | 35% |
| c. | Mechanical Operation | 3554 | 34% |
| d. | Design Patents       | 162  | 2%  |

3.  Annual _Ex Parte_ Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|------------|-----|------------|-----|------------|-----|------------|-----|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.  Number known to be in litigation…………...……..……................... .3221……………31%

5.  Decisions on requests……………………………………………………………...9833

    a.  No. granted……………………………………………… …9041…………....92%

        (1)  By examiner                               8928
        (2)  By Director (on petition)            113

    b.  No. denied …………………………………………………792…………....8%

        (1)  By examiner                               757
        (2)  Reexam vacated                  35

---

[1]Of the requests received in FY 2009, 22 requests have not yet been accorded a filing date, and preprocessing of 41 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.   Total examiner denials (includes denials reversed by Director)…………........................870

     a.   Patent owner requester                                     445      51%
     b.   Third party requester                                       425      49%

7.   Overall reexamination pendency (Filing date to certificate issue date)

     a.   Average pendency                                   25.2 (mos.)
     b.   Median pendency                                     19.7 (mos.)

8.   Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 22% | 26% | 12% | 25% |
| b. | All claims cancelled | 8% | 13% | 23% | 11% |
| c. | Claims changes | 70% | 61% | 65% | 64% |

9.   Total *ex parte* reexamination certificates issued (1981 – present) ………………………7089

     a.   Certificates with all claims confirmed             1725      25%
     b.   Certificates with all claims canceled              807      11%
     c.   Certificates with claims changes                 4557      64%

10.   Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

     a.   Certificates – PATENT OWNER REQUESTER …………………………………..2827

          (1)  All claims confirmed                     625      22%
          (2)  All claims canceled                      233       8%
          (3)  Claim changes                          1969      70%

     b.   Certificates – 3rd PARTY REQUESTER …………………………………………..4111

          (1)  All claims confirmed                   1082      26%
          (2)  All claims canceled                    540      13%
          (3)  Claim changes                        2489      61%

     c.   Certificates – COMMISSIONER INITIATED REEXAM …………..………......151

          (1)  All claims confirmed                      18      12%
          (2)  All claims canceled                      34      23%
          (3)  Claim changes                         99      65%

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data  -  September 30, 2008

1.  Total requests filed since start of *ex partes* reexam on 07/01/81 ................................. 9585[1]

    a.  By patent owner                 3567      37%
    b.  By other member of public        5853      61%
    c.  By order of Commissioner        165      2%

2.  Number of filings by discipline

    a.  Chemical Operation            2811      29%
    b.  Electrical Operation           3261      34%
    c.  Mechanical Operation        3357      35%
    d.  Design Patents              156      2%

3.  Annual  Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.  Number known to be in litigation…………..….…….…................. .2849…………...…30%

5.  Decisions on requests…………………………………………………………………...9219

    a.  No. granted…………………………………………………… …..8467…………....92%

        (1)  By examiner             8354
        (2)  By Director (on petition)     113

    b.  No. denied ……………………………………………………752…………...…8%

        (1)  By examiner             717
        (2)  Reexam vacated        35

[1]Of the requests received in FY 2008, 7 requests have not yet been accorded a filing date, and preprocessing of 15 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

1

6.   Total examiner denials (includes denials reserved by Director)…………......................830

    a.   Patent owner requester                    441      53%
    b.   Third party requester                    389      47%

7.   Overall reexamination pendency (Filing date to certificate issue date)

    a.   Average  pendency                    24.5 (mos.)
    b.   Median pendency                    19.0 (mos.)

8.   Reexam certificate claim analysis:

|   | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 22% | 28% | 12% | 25% |
| b. | All claims cancelled | 8% | 13% | 21% | 11% |
| c. | Claims changes | 70% | 59% | 67% | 64% |

9.   Total ex parte reexamination certificates issued (1981 – present) ………………………6457

| | | | |
|---|---|---|---|
| a. | Certificates with all claims confirmed | 1624 | 25% |
| b. | Certificates with all claims canceled | 721 | 11% |
| c. | Certificates with claims changes | 4112 | 64% |

10.  Reexam claim analysis – requester is patent owner or 3rd party; or Comm'r initiated.

    a.   Certificates – PATENT OWNER REQUESTER …………………………………..2722

| | | | |
|---|---|---|---|
| (1) | All claims confirmed | 611 | 22% |
| (2) | All claims canceled | 214 | 8% |
| (3) | Claim changes | 1897 | 70% |

    b.   Certificates – 3rd PARTY REQUESTER …………………………………………..3588

| | | | |
|---|---|---|---|
| (1) | All claims confirmed | 995 | 28% |
| (2) | All claims canceled | 476 | 13% |
| (3) | Claim changes | 2117 | 59% |

    c.   Certificates – COMM'R INITIATED REEXAM …………………….…………......147

| | | | |
|---|---|---|---|
| (1) | All claims confirmed | 18 | 12% |
| (2) | All claims canceled | 31 | 21% |
| (3) | Claim changes | 98 | 67% |

2