IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VERIZON COMMUNICATIONS INC., et al,<br><br>　　　　　Defendants. | Civil Action No. 2:20-cv-00280-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING VERIZON'S MOTION TO STAY PENDING *EX PARTE* REEXAMINATIONS OF  U.S. PATENT NO.  6,922,728**

Before the Court is Defendant Cellco Partnership d/b/a Verizon Wireless's MOTION TO STAY PENDING EX PARTE REEXAMINATIONS OF  U.S. PATENT NO.  6,922,728.

The Court, having considered same, is of the opinion the motion should be GRANTED.

(1)　　This case is stayed pending completion of Reexamination Nos. 90/014798 and 90/014808.