IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., et al,<br><br>    Defendants. | **Case No. 2:20-CV-280-JRG**<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable Rodney Gilstrap |

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAWAL OF COUNSEL**

Plaintiff Kaifi, LLC ("Plaintiff") respectfully requests that, due to change of business, Michael J. Song be permitted to withdraw as counsel of record for Plaintiff in this matter. Parker Bunt & Ainsworth; Nixon Peabody LLP; Irell & Manella; and LTL Attorneys LLP will continue to represent Plaintiff. Defendants do not oppose this motion.

Dated: August 24, 2021

/s/ *Robert Christopher Bunt*
Michael J. Song
(CA SBN 243675) (admitted E.D. Texas)
Email: msong@munckwilson.com
Munck Wilson Mandala, LLP
1925 Century Park East, Ste 2300
Los Angeles, CA 90067-2724
(310) 601-1118
Fax: (972) 628-3616

Robert Christopher Bunt
Texas Bar No. 00787165
PARKER, BUNT & AINSWORTH PC
100 E. Ferguson St., Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535
Email:   rcbunt@pbatyler.com

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically on August 24, 2021, pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

/s/ *Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT

## CERTIFICATE OF CONFERENCE

I hereby certify that, on August 6, 2021, Michael J. Song, conferred with Defendants' counsel, Melissa Smith, via e-mail and in accordance with Local Rule CV-7(h) concerning the withdrawal of Michael J. Song as counsel of record for Plaintiff in this matter. On August 6, 2021, Defendants' counsel indicated that Defendants are unopposed to the motion.

/s/ *Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT