# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>   Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., et al,<br><br>   Defendants. | **Case No. 2:20-CV-280-JRG**<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable Rodney Gilstrap |

## ORDER

Pending before the Court is the Unopposed Motion for Withdrawal of Counsel for Michael J. Song, as counsel for Plaintiff in the above-captioned lawsuit. Upon consideration, the Court finds it should be GRANTED.

It is hereby ORDERED that the Unopposed Motion for Withdrawal is GRANTED, Michael J. Song is withdrawn as counsel of record for Plaintiff in this lawsuit, and the Clerk shall amend the docket to reflect that Michael J. Song has withdrawn as counsel and Mr. Song no longer needs be noticed of any pleadings, motions, or other documents filed or served in this civil action.

**IT IS SO ORDERED**.