IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| KAIFI LLC | § | |
|---|---|---|
| | § | |
| v. | § | Case No. 2:20-CV-0280-JRG |
| | § | |
| VERIZON COMMUNICATIONS INC., ET AL. | § | |
| | § | |

## UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff KAIFI LLC ("KAIFI") respectfully files this Unopposed to Amend the Docket Control Order and would show the Court the following:

KAIFI respectfully requests that the following deadlines be extended:

| Deadline | Proposed Deadline | Event |
|---|---|---|
| October 22, 2021 | November 8, 2021 | Deadline to Complete Expert Discovery |
| October 8, 2021 | October 15, 2021 | Serve Disclosures for Rebuttal Expert Witnesses |
| September 17, 2021 | September 24, 2021 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| September 10, 2021 | September 17, 2021 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| September 1, 2021 | | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |

These extensions will not affect any other deadlines in the docket control order.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadlines above and enter the attached amended docket control order.

| | |
|---|---|
| Dated:  August 25, 2021. | Respectfully submitted, |

*/s/ Robert Christopher Bunt*

Prashanth Chennakesavan – Lead Attorney
Cal. Bar No. 284022 (admitted PHV)
Enoch H. Liang
Cal. Bar No. 212324 (admitted PHV)
LTL ATTORNEYS LLP
300 S. Grand Ave., 14th Fl.
Los Angeles, California 90071
Telephone: (213) 612-8900
Facsimile: (213) 612-3773
Email: prashanth.chennakesavan@ltlattorneys.com
Email: enoch.liang@ltlattorneys.com

Robert Christopher Bunt
Texas Bar No. 00787165
PARKER, BUNT & AINSWORTH PC
100 E. Ferguson St., Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535
Email: rcbunt@pbatyler.com

Jason Sheasby
Cal. Bar No. 205455 (admitted PHV)
IRELL & MANELLA, LLP
1800 Avenue of the Stars, Suite 900  Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: jsheasby@irell.com

Rebecca Carson
Cal. Bar No. 254105 (admitted PHV)
IRELL & MANELLA, LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: 949-760-0991
Facsimile: 949-760-5200
Email: rcarson@irell.com

*Attorneys for Plaintiff KAIFI LLC*

**CERTIFICATE OF SERVICE**

    I certify that the foregoing document was filed electronically on August 25, 2021 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

                                      */s/ Robert Christopher Bunt*
                                      ROBERT CHRISTOPHER BUNT

**CERTIFICATE OF CONFERENCE**

    Pursuant to Local Rule CV-7(h), Counsel for Plaintiff Prashanth Chennakesavan meet and conferred with Counsel for Defendants Kevin Anderson on August 23, 2021 regarding the above referenced motion.  Verizon Defendants are unopposed to the above motion.

                                      */s/Robert Christopher Bunt*
                                      ROBERT CHRISTOPHER BUNT