# EXHIBIT 1

**From:**               Anderson, Kevin <KPAnderson@duanemorris.com>
**Sent:**               Friday, August 27, 2021 12:50 PM
**To:**                  Prashanth Chennakesavan
**Subject:**            RE: KAIFI / Verizon

Hi,

We appreciate the attempt to resolve the issue but cannot agree to withdraw our motion.

1.  ID and GWP have an obligation to produce these documents in the case for all of the reasons identified in the T-Mobile motion (the outcome of which we have collectively agreed will control the production to Verizon as well).

2.  Separate from ID/GWP producing documents, ID's refusal to allow Samsung to provide the documents is not acceptable.  We do not see any viable legal basis on which ID can take this position.  Moreover, it's possible that Samsung has relevant documents that ID no longer possesses and will not be producing.

Best regards

Kevin

---

**From:** Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>
**Sent:** Thursday, August 26, 2021 7:59 PM
**To:** Anderson, Kevin <KPAnderson@duanemorris.com>
**Subject:** RE: KAIFI / Verizon

Hi Kevin,

Responses below:

1. As I explained (I think), there is no NDA with respect to the '728 Patent.  ID has a broader business NDA with Samsung, which is irrelevant to this dispute, and ID will not waive that NDA.  The offer is to produce documents to outside counsel of record, and subject to the Protective Order.  As I previewed, the production will include the 2015 and 2017 communications with Samsung identified in your motion.  ID will not permit Verizon's employees to obtain its business communications through third parties.

2. GWP/ID is not a party to this case.  It's unclear what you mean by "all relevant documents."  The offer we have received from ID is to produce all non-privileged documents related to the '728 Patent, KAIFI or this litigation (that are not already in KAIFI's possession/produced by KAIFI).  Are there other categories of relevant documents you are thinking of?

3. KAIFI will not raise authenticity objections as to these documents or claim one of the documents is inadmissible solely because there was no deposition.  It reserves the right to raise objections with respect to admissibility, including relevance and 403.  It's also unclear what you mean by "not deposing an ID / GWP entity."  Verizon's motion claims that KAIFI is precluding third parties from producing documents (even though Verizon has served no third-party subpoena or discovery request in this case).  KAIFI takes no position with respect to any such third-party production.  It has, however, instructed us to reach out to ID to try to get ID's agreement to voluntarily produce relevant documents.  As I noted on the call, ID has indicated to us that it is willing to voluntarily produce the documents described in #2 in exchange for Verizon dropping any request for documents that are not relevant to the issues in this case (e.g., documents that relate to other ID patents or generally to WiFi calling, but that have nothing to do with the '728 Patent or KAIFI), or that are not proportional to the needs of the case (i.e., conducting the extensive ESI/E-mail searches that T-Mobile was requesting).

Let me know if this clarifies our position and we can reach resolution here.

Thanks,
Prashanth

---

**From:** Anderson, Kevin <KPAnderson@duanemorris.com>
**Sent:** Thursday, August 26, 2021 5:48 PM
**To:** Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>
**Subject:** RE: KAIFI / Verizon

Hi Prashanth,
We wanted to get further clarity on the following three issues:
1. Please confirm that ID will release Samsung from the NDA such that Samsung could provide any responsive documents to us.
2. On the offer for GWP and ID to produce documents, can you please confirm that GWP and ID agree to produce all relevant documents under the same analysis / standard as if they were named parties to the case.
3. Just to confirm, there will not be any evidentiary objections raised to these issues from not deposing an ID / GWP entity (e.g., authentication....)
Thanks

Kevin

**Kevin P. Anderson**
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
**P:** +1 202 776 5213
**F:** +1 202 776 7801

KPAnderson@duanemorris.com
www.duanemorris.com

---

**From:** Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>
**Sent:** Thursday, August 26, 2021 10:40 AM
**To:** Anderson, Kevin <KPAnderson@duanemorris.com>
**Subject:** RE: KAIFI / Verizon

Hi Kevin,

Just checking on any response on your side regarding the motion to compel ID documents.  I'm available later this afternoon to discuss as well if that would be helpful.

Thanks,
Prashanth

---

**From:** Anderson, Kevin <KPAnderson@duanemorris.com>
**Sent:** Tuesday, August 24, 2021 7:03 PM
**To:** Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>
**Subject:** RE: KAIFI / Verizon

Hi,

I just tried your number.  Do you want to call me at 703-946-5766  (which is my cell and can be used for any issues arising related to the depo tomorrow also).

Thanks

Kevin

**From:** Prashanth Chennakesavan <Prashanth.Chennakesavan@ltlattorneys.com>
**Sent:** Tuesday, August 24, 2021 6:50 PM
**To:** Anderson, Kevin <KPAnderson@duanemorris.com>
**Subject:** KAIFI / Verizon

Hi Kevin,

Do you have a few minutes to discuss the motion to compel the ID documents (Dkt. 74)?  I'm around this evening, or we can do it tomorrow after the deposition.

Thanks,
Prashanth

**Prashanth Chennakesavan**



Los Angeles | San Francisco | New York

LTL ATTORNEYS LLP
300 South Grand Avenue, 14th Floor
Los Angeles, California 90071
Direct:  213-805-8074 | Main: 213-612-8900
Fax: 213-612-3773
prashanth.chennakesavan@ltlattorneys.com | www.ltlattorneys.com

**CONFIDENTIALITY NOTICE**
The information in this e-mail (including attachments, if any) is confidential information intended only for the use of the individual or entity to whom it is addressed, and may be privileged. The information herein may also be protected by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521.  Any review, use, disclosure, distribution, or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify the sender immediately by reply email, delete this email, and do not disclose its contents to anyone. Thank you.

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.