# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC., et al,<br><br>    Defendants. | Case No. 2:20-CV-280-JRG<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable Rodney Gilstrap |

## ORDER

Before the Court is Defendants' Motion to Compel KAIFI and Its Parent Corporation to Stop Preventing Third Party Evidence and For an Adverse Inference. Upon consideration, the Court finds the motion should be DENIED.

**IT IS SO ORDERED**.