IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KAIFI LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:20-CV-00280-JRG |
| | § | |
| CELLCO PARTNERSHIP D/B/A | § | |
| VERIZON WIRELESS,  VERIZON | § | |
| SERVICES CORP.,  VERIZON | § | |
| ENTERPRISE SOLUTIONS, LLC, | § | |
| VERIZON BUSINESS GLOBAL LLC, | § | |
| VERIZON BUSINESS NETWORK | § | |
| SERVICES, LLC,  VERIZON | § | |
| CORPORATE SERVICES GROUP INC, | § | |
| VERIZON DATA SERVICES LLC, | § | |
| VERIZON MEDIA INC.,  VERIZON | § | |
| ONLINE LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion To Withdrawal Of Counsel (Dkt. No. 78) (the "Motion").  In the Motion, Plaintiff requests that Michael J. Song be permitted to withdraw as counsel of record and represents that Plaintiff will continue to be represented by other counsel of record from Parker Bunt & Ainsworth; Nixon Peabody LLP; Irell & Manella; and LTL Attorneys LLP.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**.  Accordingly, it is **ORDERED** that Michael J. Song be permitted to **withdraw** as counsel of record for Plaintiff in the above-captioned case.  It is further **ORDERED** that the Clerk shall **terminate** Michael J. Song as counsel of record and all electronic notifications to him.

## So Ordered this

**Aug 31, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE