IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KAIFI LLC　　　*Plaintiff*, | §§§ | |
| v. | §§ | CASE NO. 2:20-cv-00280-JRG (LEAD CASE) |
| VERIZON COMMUNICATIONS INC. et al　　*Defendants*. | §§§ | |
| KAIFI LLC　　　*Plaintiff*, | §§§ | |
| v. | §§ | CASE NO. 2:20-cv-00281-JRG (Member Case) |
| T-MOBILE US, INC. et al　　*Defendants*. | §§§ | |

## REPORT OF MEDIATION

The above-captioned case was mediated (via Zoom video conference) by David Folsom on Tuesday, August 31, 2021, between Plaintiff, KAIFI LLC, and Defendants, T-Mobile US, Inc. and T-Mobile USA, Inc. The mediation session has been suspended. The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 1st day of September 2021.

　　　　　　　　　　　　　　　　　　　*/s/ David Folsom*
　　　　　　　　　　　　　　　　　　　David Folsom
　　　　　　　　　　　　　　　　　　　TXBN: 07210800
　　　　　　　　　　　　　　　　　　　JACKSON WALKER, LLP
　　　　　　　　　　　　　　　　　　　6002-B Summerfield Drive
　　　　　　　　　　　　　　　　　　　Texarkana, Texas  75503
　　　　　　　　　　　　　　　　　　　Telephone: (903) 255-3250
　　　　　　　　　　　　　　　　　　　Facsimile:  (903) 255-3265
　　　　　　　　　　　　　　　　　　　E-mail:  dfolsom@jw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 1st day of September 2021.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/  David Folsom*
David Folsom