UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS, INC., ET AL.<br><br>    Defendants. | Case No. 2:20-cv-00280-JRG<br><br>JURY TRIAL DEMANDED<br><br>Honorable Rodney Gilstrap |

## UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff KAIFI LLC ("KAIFI") respectfully submits this Unopposed Motion to Amend the Docket Control Order and would show the Court the following:

KAIFI respectfully requests that the following deadlines be extended:

| Current Deadline | Proposed Deadline | Event |
|---|---|---|
| October 15, 2021 | October 22, 2021 | Serve Disclosures for Rebuttal Expert Witnesses |
| September 24, 2021 | October 1, 2021 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| September 17, 2021 | September 24, 2021 | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |

These extensions will not affect any other deadlines in the Docket Control Order.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadlines above and enter the attached Second Amended Docket Control Order.

1

| | |
|---|---|
| Date:   September 16, 2021 | /s/Prashanth Chennakesavan |

Enoch H. Liang
Cal. Bar No. 212324 (admitted in E.D. Texas)
Prashanth Chennakesavan
Cal. Bar No. 284022 (admitted *pro hac vice*)
LTL ATTORNEYS LLP
300 S. Grand Ave., 14th Fl.
Los Angeles, California 90071
Telephone:  (213) 612-8900
Facsimile:(213) 612-3773
Email:  enoch.liang@ltlattorneys.com
Prashanth.chennakesavan@ltlattorneys.com

Robert Christopher Bunt
Texas Bar No. 00787165
PARKER, BUNT & AINSWORTH PC
100 E. Ferguson St., Suite 418
Tyler, Texas 75702
Telephone:  (903) 531-3535
Facsimile:(903) 533-9687
Email:  rcbunt@pbatyler.com

Jason G. Sheasby
Cal. Bar No. 205455 (admitted *pro hac vice*)
Rebecca L. Carson
Cal. Bar No. 254105 (admitted *pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: jsheasby@irell.com
          rcarson@irell.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served via electronic mail on September 16, 2021, to all opposing counsel of record.

/s/ Prashanth Chennakesavan

Counsel

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), Counsel for Plaintiff Prashanth Chennakesavan met and conferred with Counsel for Defendants Kevin Anderson on September 15, 2021, regarding the referenced motion. Defendants are unopposed to the above motion.

/s/ Prashanth Chennakesavan

Counsel