IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KAIFI LLC | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:20-cv-00280-JRG |
| | § | (LEAD CASE) |
| VERIZON COMMUNICATIONS INC. et al | § | |
|     *Defendants.* | § | |

## REPORT OF MEDIATION

A mediation was conducted by David Folsom via Zoom video conference on Friday, December 17, 2021, between Plaintiff, KAIFI LLC, and Defendants, Verizon Services Corp., Verizon Enterprise Solutions, LLC, Verizon Business Global LLC, Verizon Business Network Services, LLC, Verizon Corporate Services Group Inc., Verizon Data Services LLC, Verizon Media Inc., Verizon Online LLC and Cellco Partnership d/b/a Verizon Wireless ("Verizon et al").  After additional follow-up between the Parties and the undersigned mediator, the session was successful.

Signed this 27th day of December 2021.

                                                          */s/ David Folsom*
                                                          David Folsom
                                                          TXBN: 07210800
                                                          JACKSON WALKER, LLP
                                                          6002-B Summerfield Drive
                                                          Texarkana, Texas 75503
                                                          Telephone: (903) 255-3250
                                                          Facsimile: (903) 255-3265
                                                          E-mail: dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 27th day of December 2021.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

                                                          */s/ David Folsom*
                                                          David Folsom