# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KAIFI LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:20-CV-00280-JRG |
| § | |
| CELLCO PARTNERSHIP D/B/A VERIZON § | |
| WIRELESS, VERIZON SERVICES CORP., § | |
| VERIZON ENTERPRISE SOLUTIONS, § | |
| LLC, VERIZON BUSINESS GLOBAL LLC, § | |
| VERIZON BUSINESS NETWORK § | |
| SERVICES, LLC, VERIZON CORPORATE § | |
| SERVICES GROUP INC, VERIZON DATA § | |
| SERVICES LLC, VERIZON MEDIA INC., § | |
| VERIZON ONLINE LLC, § | |
| § | |
| *Defendants*. § | |

# **ORDER**

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt. No. 214) (the "Motion"). In the Motion, Plaintiff Kaifi LLC and Defendants Verizon Communications Inc.; Cellco Partnership d/b/a Verizon Wireless; Verizon Services Corp.; Verizon Enterprise Solutions, LLC; Verizon Business Global, LLC; Verizon Business Network Services, LLC; Verizon Corporate Services Group Inc.; Verizon Data Services, LLC; Verizon Media Inc.; and Verizon Online, LLC (collectively, the "parties") inform the Court that they have reached a settlement in principle of all claims in the above-captioned case and request a thirty (30) day stay of all deadlines so that appropriate dismissal papers may be submitted upon finalization of a written settlement agreement.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for thirty (30) days during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 4th day of January, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE