# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KAIFI, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> VERIZON COMMUNICATIONS INC., et al., <br><br> Defendants. | Case No. 2:20-cv-00280-JRG |

**JOINT MOTION TO DISMISS**

Pursuant to the Parties' confidential settlement agreement, Plaintiff KAIFI LLC ("Plaintiff") and Defendants Verizon Communications Inc.; Cellco Partnership d/b/a Verizon Wireless; Verizon Services Corp.; Verizon Enterprise Solutions, LLC; Verizon Business Global, LLC; Verizon Business Network Services, LLC; Verizon Corporate Services Group Inc.; Verizon Data Services, LLC; Verizon Media Inc.; and Verizon Online, LLC ("Defendants") hereby jointly move to dismiss with prejudice all of the Parties' respective claims and counterclaims asserted in this action in their entirety, with each Party to bear its own costs, expenses and attorneys' fees.

Wherefore, the Parties respectfully request that the Court enter the proposed order of dismissal with prejudice submitted with this motion.

DATED:  January 18, 2022                    Respectfully submitted,

*/s/ Robert Christopher Bunt*
Enoch H. Liang
Cal. Bar No. 212324 (admitted in E.D. Texas)
Prashanth Chennakesavan – Lead Attorney
Cal. Bar No. 284022 (admitted PHV)
**LTL ATTORNEYS LLP**
300 S. Grand Ave., 14th Fl.
Los Angeles, California 90071
Telephone: (213) 612-8900
Facsimile: (213) 612-3773
Email: enoch.liang@ltlattorneys.com
Email: prashanth.chennakesavan@ltlattorneys.com

Jason Sheasby
Cal. Bar No. 205455 (admitted PHV)
**IRELL & MANELLA, LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: jsheasby@irell.com

Robert Christopher Bunt
Texas Bar No. 00787165

**PARKER, BUNT & AINSWORTH PC**
100 E. Ferguson St., Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535
Email: rcbunt@pbatyler.com

*Counsel for Plaintiff*
**KAIFI, LLC**


*/s/ Kevin P. Anderson (with permission)*
Kevin P. Anderson
KPAnderson@duanemorris.com
**DUANE MORRIS LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776 7851
Facsimile: (202) 478 2620

Alice E. Snedeker
AESnedeker@duanemorris.com
Glenn D. Richeson
gdricheson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, Suite 1700
Atlanta, Georgia  30309
Telephone:  (404) 253.6900
Facsimile:  (404) 253.6901

Deron R Dacus
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE Loop 323,  Suite 430
Tyler, TX 75701
Telephone:  (903) 705.1117
Facsimile:  (903) 581.2543

*Counsel for Defendants Verizon Communications Inc.; Cellco Partnership d/b/a Verizon Wireless; Verizon Services Corp.; Verizon Enterprise Solutions, LLC; Verizon Business Global, LLC; Verizon Business Network Services, LLC; Verizon Corporate Services Group Inc.; Verizon Data Services, LLC; Verizon Media Inc.; and Verizon Online, LLC*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), the undersigned met and conferred with opposing counsel and this motion is being filed as a joint motion.

*/s/ Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT

## CERTIFICATE OF SERVICE

Pursuant to Local Rule CV-5(a), the undersigned hereby certifies that the foregoing document was filed and served electronically on January 18, 2022 to all counsel of record.

*/s/ Robert Christopher Bunt*
ROBERT CHRISTOPHER BUNT