# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| KAIFI LLC, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 2:20-CV-00280-JRG |
| | § | |
| v. | § | |
| | § | |
| VERIZON COMMUNICATIONS INC., et al., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (Dkt. No. 217) (the "Motion"). In the Motion, Plaintiff KAIFI LLC ("Plaintiff") and Defendants Verizon Communications Inc.; Cellco Partnership d/b/a Verizon Wireless; Verizon Services Corp.; Verizon Enterprise Solutions, LLC; Verizon Business Global, LLC; Verizon Business Network Services, LLC; Verizon Corporate Services Group Inc.; Verizon Data Services, LLC; Verizon Media Inc.; and Verizon Online, LLC ("Defendants") (collectively, the "Parties") request the Court dismiss with prejudice all the Parties' respective claims and counterclaims asserted in the above-captioned action in their entirety.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims and counterclaims asserted in this above-captioned action are **DISMISSED WITH PREJUDICE**. Each party to bear its own costs, expenses, and fees relating to this litigation (including attorney and expert fees and expenses). The Clerk of Court is directed to **CLOSE** the above-captioned action as no parties or claims remain.

**So ORDERED and SIGNED this 15th day of February, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE